# Affidavit of Process Server

**Court:** In the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida

| Plaintiff/Petitioner | | Defendant/Respondent | Case Number |
|---|---|---|---|
| Celebrity Cruises, Inc and Royal Caribbean Cruises, LTD, d/b/a Royal Caribbean Group | VS | Angel Christopher Gomez | 2025-020399-CA-01 |

I, **John A. Romero**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Angel Christopher Gomez** (Name of Person / Entity Being Served)

with (list documents): Civ. Act. Sum. (1 pg), Compl. (31 pgs), Exibits: A (2pgs), B (8pgs), C (6pgs), D (8pgs), E (6pgs), F (6pgs), G (6pgs), H (6pgs), I (5pgs), J (5pgs), K (6pgs), L Decl (8pgs), Exhibits to L Decl: A (6pgs) B (2pgs), C (3pgs), D (4pgs), E 4pgs, F (2pgs)

by leaving with **Angel Christopher Gomez** (Name), **Defendant** (Relationship) At

- ☐ Residence _____
- ☑ Business **4500 Park Granada**, **Calabasas, California**

On **November 3, 2025** at **8:57 am**

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ from _____ (City, State, Zip)

**Manner of Service:**
- ☑ **Personal:** By personally delivering copies to the person being served.
- ☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
- ☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person appar... Celebrity Cruises, Inc and Royal Caribbean Cruises, LTD, d/b/a Royal Caribbean Group
- ☐ **Posting:** By po...

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on:
(1) 10.29.2025, 5:06pm — 4374 Paxton Pl, Calabasas, CA 91302
(2) 10.30.2025, 7:59 am — 4374 Paxton Pl, Calabasas, CA 91302
(3) 10.30.2025, 7:23 pm — 4374 Paxton Pl, Calabasas, CA 91302
(4) 10.31.2025, 2:30 pm — 4374 Paxton Pl, Calabasas, CA 91302
(5) 11.3.2025, 8:57am — 4500 Park Granada, Calabasas, CA 91302 **SERVED**

**Description:** Age **41**  Sex **M**  Race **Hisp**  Height **6'0"**  Weight **240**  Hair **Blk**  Beard **Yes**  Glasses **No**

_John A Romero_
Signature of Process Server

SUBSCRIBED AND SWORN to before me this _____ day of _____, 20___, by _____, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature of Notary Public

Notary Public for the state of _____

NAPPS

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

Filing # 233872097 E-Filed 10/17/2025 12:24:01 PM

| ☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |
| --- |
| ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |

| DIVISION | CIVIL ACTION SUMMONS (b) | CASE NUMBER |
| --- | --- | --- |
| ☒ CIVIL | Form for Personal Services on | 2025-020355-CA-01 |
| ☐ DISTRICTS | Natural Person | |
| ☐ OTHERS | | |
| PLAINTIFF(S) | VS | DEFENDANT(S) |
| CELEBRITY CRUISES, INC., and ROYAL CARIBBEAN CRUISES LTD., d/b/a ROYAL CARRIBEAN GROUP | | ANGEL CHRISTOPHER GOMEZ |

*** Endorsed Summons ***
Personal Service by Licensed California
Private Investigator CA 28959
John A. Romero on 11.3.2025, 8:57 am.
at 4500 Park Granada, Calabasas, CA
91302
John A Romero

THE STATE OF FLORIDA:TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s): | Address: |
| --- | --- |
| Angel Christopher Gomez | 416 NW 118th Terrace, Coral Springs, FL 33071 |

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience.

"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."

**MIAMI-DADE COUNTY COURT LOCATIONS**

| ☐ Dade County Courthouse (05) | ☐ Joseph Caleb Center Court (20) | ☐ Hialeah District Court (21) | ☐ North Dade Justice Center (23) |
| --- | --- | --- | --- |
| Room 133 | Suite 103 | Room 100 | Room 100 |
| 73 West Flagler Street | 5400 N.W. 22nd Avenue | 11 East 6th Street | 15555 Biscayne Blvd. |
| Miami, FL 33130 | Miami, FL 33142 | Hialeah, FL 33010 | North Miami Beach, FL 33160 |

| ☐ Coral Gables District Court (25) | ☐ South Dade Justice Center (26) | SERVICE |
| --- | --- | --- |
| Room 100 | Room 1200 | |
| 3100 Ponce De Leon Blvd. | 10710 SW 211 Street | |
| Coral Gables, Miami, FL 33134 | Miami, FL 33189 | |

| Plaintiff/Plaintiff Attorney Tyler A. Sims, Esq. | Address: |
| --- | --- |
| Florida Bar No. 1048908 | 111 North Orange Avenue, Suite 1750, Orlando, FL 32801.2366 |

| JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT AND COMPTROLLER MIAMI-DADE COUNTY CIRCUIT AND COUNTY COURTS | wasoto DEPUTY CLERK | DATE ON: 10/21/2025 |
| --- | --- | --- |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."

CLK/CT. 070 Rev. 05/25                                                                                    Clerk's web address: www.miamidadeclerk.gov