Filing # 236788735 E-Filed 12/02/2025 08:30:23 AM

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2025-020399-CA-01
SECTION: CA43
JUDGE: Thomas J. Rebull

**CELEBRITY CRUISES, INC. and ROYAL CARIBBEAN, et al**

Plaintiff(s)

vs.

**ANGEL CHRISTOPHER GOMEZ**

Defendant(s)

_____/

### ORDER SETTING IN-PERSON EVIDENTIARY HEARING

    The Court will hold an in-person evidentiary hearing on **December 8, 2025, at 4pm** in room 817 of the Dade County Courthouse on Plaintiffs' Emergency Motion for Temporary Injunction. Anyone wishing to be heard on the Motion must appear in person.

    Movant shall have for the Court at the hearing courtesy copies of the complaint with all exhibits, answer and affirmative defenses, and motion with all attached exhibits.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 2<u>nd</u> day of December, 2025.

2025-020399-CA-01 12-02-2025 8:18 AM
Hon. Thomas J. Rebull

**CIRCUIT COURT JUDGE**
Electronically Signed

<div style="border:1px solid red">

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

</div>

**Electronically Served:**

- Brian H Pollock: brian@fairlawattorney.com
- Brian H Pollock: juan@fairlawattorney.com
- Brian H Pollock: steffany@fairlawattorney.com
- Patrick Brooks LaRou: brooks@fairlawattorney.com
- Patrick Brooks LaRou: juan@fairlawattorney.com
- Tyler Sims: tsims@littler.com
- Tyler Sims: vlopez@littler.com
- West Holden: wholden@littler.com
- West Holden: evega@littler.com