UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES, LTD.
d/b/a ROYAL CARIBBEAN GROUP,

      Plaintiff,

v.

ANGEL CHRISTOPHER GOMEZ,

      Defendant.

_____/

## DECLARATION PURSUANT TO 28 U.S.C. §1746

      Angel Christopher Gomez, having been duly sworn, deposes and says as follows pursuant to

28 U.S.C. §1746:

1.     My name is Angel Christopher Gomez.

2.     I have personal knowledge of the facts contained in this Declaration.

3.     I have been a resident and citizen of the State of California since July 2025.

4.     I have lived in a townhome at 4374 Paxton Place, Calabasas, California 91302, pursuant to a

one-year lease, since July 2025.

5.     I have kept my personal property in California, most of which is in the townhome, since I

moved there.

6.     I have paid for utilities for the townhome since moving in, and true and correct redacted

copies of my Southern California Edison utility bills for July and November 2025 are attached

as Exhibit "1."

7.     I have maintained social memberships in California, including at the City of Calabasas Tennis

and Swim Center.

1

8.      I currently work for AmaWaterways, and my role is based out of the company's Calabasas, California office.

9.      It is my present and ongoing intent to remain a resident of the State of California.

10.      I intend to continue making California my permanent home, and none of my actions since relocating have been taken with the intent to live elsewhere.

11.      Further Declarant sayeth naught.

## DECLARATION

I, Angel Christopher Gomez, hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
ANGEL CHRISTOPHER GOMEZ

DATE: 12/02/25
_____

2

# EXHIBIT

# "1"

# EXHIBIT "1"

Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.



SOUTHERN CALIFORNIA
**EDISON**®
An *EDISON INTERNATIONAL*® Company

For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

**GOMEZ, ANGEL C /** Page 1 of 8

| | | |
|---|---|---|
| **Customer Account** | **Date bill prepared** | **Amount due $** ▮ |
| ▮6710 | 07/22/25 | **Due by 08/11/25** |

4374 PAXTON PL
CALABASAS, CA 91302-3843

## Your account summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Balance forward | $0.00 |
| Your new charges | |
| Service Connection Fee | ▮ |
| **Total amount you owe by 08/11/25** | |

## Summary of your billing detail

| Service account | Service address | Billing period | Your rate | New charges |
|---|---|---|---|---|
| ▮ | 4374 PAXTON PL CALABASAS, CA | 07/01/25 to 07/17/25 | DOMESTIC (SCE) | ▮ |
| ▮ | 4374 PAXTON PL CALABASAS, CA | 07/01/25 to 07/17/25 | DOMESTIC | ▮ |
| | | | | ▮ |

---

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

(14-574)      Tear here                                                                 Tear here

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



SOUTHERN CALIFORNIA
**EDISON**®
An *EDISON INTERNATIONAL*® Company

Customer account ▮6710
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| **Amount due by 08/11/25** | $▮ |
|---|---|
| Amount enclosed | $ |

STMT 07222025 P

GOMEZ, ANGEL C
4374 PAXTON PL
CALABASAS CA  91302-3843

P.O. BOX 600
ROSEMEAD, CA  91771-0002

6710

Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.



SOUTHERN CALIFORNIA
**EDISON**®
*An EDISON INTERNATIONAL*® Company

For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

**GOMEZ, ANGEL C** / Page 1 of 6

---

| | | |
|---|---|---|
| **Customer Account** | **Date bill prepared** | |
| ▉ 6710 | 11/19/25 | **Amount due** ▉ |
| | | **Due by 12/09/25** |

4374 PAXTON PL
CALABASAS, CA 91302-3843

---

## Your account summary

Previous Balance
Payment Received 10/22/25
Balance forward
Your new charges

💲 **Total amount you owe by 12/09/25**

---

## Summary of your billing detail

| Service account | Service address | Billing period | Your rate | New charges |
|---|---|---|---|---|
| 8020497506 | 4374 PAXTON PL<br>CALABASAS, CA | 10/16/25 to 11/16/25 | DOMESTIC<br>(SCE) | ▉ |
| 8020497506 | 4374 PAXTON PL<br>CALABASAS, CA | 10/16/25 to 11/16/25 | DOMESTIC | ▉ |
| | | | | ▉ |

---

(14-574)    Tear here

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

Tear here

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



SOUTHERN CALIFORNIA
**EDISON**
*An EDISON INTERNATIONAL*® Company

Customer account ▉ 6710
Please write this number on the memo
line of your check. Make your check payable to
Southern California Edison.

| **Amount due by 12/09/25** | $▉ |
|---|---|
| Amount enclosed    $ | |

STMT 11192025 P

GOMEZ, ANGEL C
4374 PAXTON PL
CALABASAS CA  91302-3843

P.O. BOX 600
ROSEMEAD, CA  91771-0002

6710