UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25648-WILLIAMS/LETT

CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES, LTD.
d/b/a ROYAL CARIBBEAN GROUP,

    Plaintiff,
v.

ANGEL CHRISTOPHER GOMEZ,

    Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Defendant, Angel Christopher Gomez ("Defendant"), through his undersigned counsel and pursuant to Local Rule 7.1 and other applicable Rules and laws, respectfully moves for a brief extension of time to file his Response to Plaintiffs' Expedited Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 4] (the "Expedited Motion"). As grounds therefor, Defendant states as follows:

#### I. Relevant Procedural Background

1. On October 16, 2025, Plaintiffs filed their four-count Complaint for Injunctive Relief and Damages in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

2. Thereafter, on November 11, 2025, Plaintiffs filed an Emergency Motion for Temporary Injunction in state court.

3. On November 24, 2025, Defendant filed his Answer and Affirmative Defenses.

4. On December 2, 2025, Defendant filed his Notice of Removal [ECF No. 1] in this Court and subsequently filed his Notice of Filing Notice of Removal in state court, pursuant to 28 U.S.C. §§ 1331, 1332(a), 1441, and 1446.

5. On December 4, 2025, Plaintiffs filed their Expedited Motion [ECF No. 4] in this Court.

6. On December 5, 2025, this Court entered its Order requiring Defendant to file his Response to the Expedited Motion by 5:00 p.m. on December 8, 2025. [ECF No. 8.]

## II. Good Cause for Extension

7. Defendant's counsel is currently scheduled for a one-hour special-set hearing on December 8, 2025, in an unrelated case pending in the Eleventh Judicial Circuit Court: *Iain Mac Bean vs. Abaco International Loss Adjusters LLC*, Case No. 2022-021777-CA-01.

8. Defendant was afforded only two business days from Plaintiffs' filing—and less than one-and-a-half business days from the Court's Order—to analyze the Expedited Motion, gather facts, research legal issues, and prepare a meaningful Response thereto.

9. Due to the press of other business and the substantive and procedural issues implicated in emergency injunctive relief, Defendant requires a short two-day extension in order to fully and properly brief his Response.

10. Plaintiffs' counsel, Tyler A. Sims, Esq., has confirmed that Plaintiffs do not oppose the requested two-day extension.

## III. Legal Basis and Requested Relief

11. Federal Rule of Civil Procedure 6(b)(1) authorizes this Court to extend deadlines for good cause when, as here, a request is made prior to the expiration of the applicable time period.

Under Rule 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time... if a request is made before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1).

12. The Court possesses broad discretion to manage its deadlines and dockets "with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *Clinton v. Jones*, 520 U.S. 681, 706-07 (1997).

13. Defendant's requested two-day extension is modest, reasonable, supported by good cause, and will not prejudice any party or delay the progress of this action. This request is made in good faith and not for purposes of delay.

14. Accordingly, Defendant respectfully requests that this Honorable Court extend the deadline for filing his Response to Plaintiffs' Expedited Motion until December 10, 2025, at 5:00 p.m., and grant any further relief the Court deems just and proper.

## LOCAL RULE 7.1 CERTIFICATION

I HEREBY CERTIFY that the undersigned has conferred with all parties or non-parties who may be affected by the relief sought in the motion, and that Plaintiffs' counsel, Tyler A. Sims, Esq., has agreed to the relief requested herein.

Respectfully submitted this 5th day of December 2025,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Defendant*
