UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25648-WILLIAMS/LETT

CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES, LTD.
d/b/a ROYAL CARIBBEAN GROUP,

      Plaintiff,
v.

ANGEL CHRISTOPHER GOMEZ,

      Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION

THIS CAUSE, having come before the Court on Defendant's Motion for Extension of Time to File Response to Plaintiffs' Expedited Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 10], and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.

Defendant shall file his Response to Plaintiffs' Expedited Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 4] by December 10, 2025, at 5:00 p.m.

DONE AND ORDERED in Chambers on this _____ day of December 2025.

                                            _____
                                            KATHLEEN M. WILLIAMS
                                            UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*