# Celebrity River Cruises to Open Deposits for Inaugural 2027 Sailings on September 3

*Secure Priority Booking Access to be among the first to book a 2027 inaugural season vacation on Europe's iconic Danube and Rhine rivers*

MIAMI, Aug. 19, 2025 /PRNewswire/ -- Be among the first to experience Celebrity River Cruises, as Priority Booking Access opens at 9 a.m. EDT on Wednesday, September 3, 2025. Guests who place a fully refundable $500 deposit will receive early access to book a 2027 sailing ahead of the general public and be among the first to receive the highly anticipated itinerary and stateroom details.



"We are excited to offer guests the chance to experience the first-ever Celebrity River Cruises vacations in 2027 with Priority Booking Access," shares Laura Hodges Bethge, president of Celebrity Cruises. "Guests will enjoy the warm hospitality Celebrity is known for, on innovative ships, with land experiences unlike any other, as we set sail on Europe's iconic Danube and Rhine rivers."

Guests will explore historic cities aboard Celebrity's fleet of transformative river ships that blend the elevated design and sophistication of *Edge Series*

ocean ships with European charm. Discover the Danube and Rhine with Celebrity River Cruises fares inclusive of all meals, alcoholic and non-alcoholic drinks, Wi-Fi, onboard experiences and one shore excursion each day. Guests will also have the option to add a pre- or post-cruise stay in Prague and Budapest when they open for booking in 2026.

Celebrity River Cruises is a natural extension of Celebrity's premium offering that will bring its unique service-first approach to the river. Guests will get the keys to sail through the heart of culturally and historically significant cities, experience locally inspired cuisine and unique shore experiences – The Celebrity Way. With ships that will give guests 360 degrees of breathtaking views, every moment will be designed to immerse guests in the beauty of the journey.

To join Priority Booking Access and place a fully refundable $500 deposit, please visit www.celebritycruises.com/river, contact a Celebrity River Cruises expert at 1-833-474-8803, visit Future Cruise on board, or contact a trusted travel advisor.

More information about Celebrity River Cruises, including destinations, fleet size, ship details, shore excursions and more, will be announced when we open for booking.  Visit www.celebrity.com to sign up to receive information first and follow @CelebrityCruises on social media. Priority Booking Access provides access to the early booking window but does not guarantee a stateroom type, ship, or sail date. Full Priority Booking Access terms and conditions available at: https://www.celebritycruises.com/river/terms-and-conditions.

**About Celebrity Cruises**
Celebrity Cruises delivers an elevated premium vacation experience across their fleet of ocean and river ships traveling to over 300 destinations across more than 70 countries spanning all seven continents. Uniquely offering the intimate feel and thoughtful service of small ships, with the variety and excitement of bigger ones – guests can explore the world or get away from it for a little while. With every detail elevated beyond expectations, guests will never want to vacation any other way. An industry pioneer for more than 35 years, each Celebrity vacation offers experiences you won't find anywhere else.

Celebrity Cruises is headquartered in Miami and is one of five cruise brands owned by Royal Caribbean Group (NYSE: RCL).  Visit

www.celebritycruises.com for more information, and connect with us on
Instagram, Facebook or LinkedIn.



SOURCE Celebrity Cruises

## EXTERNAL LINKS

ROYAL CARIBBEAN GROUP

ROYAL CARIBBEAN

SILVERSEA CRUISES

HAPAG-LLOYD CRUISES

CAREERS

CELEBRITY CRUISES

TUI CRUISES

 

## PRESS RELEASES

YOUR HAPPY PLACE HAS ARRIVED - CELEBRITY XCEL OFFICIALLY SETS SAIL

November 14, 2025 9:15 am

AN ICON HEADS TO THE LONE STAR STATE: ROYAL CARIBBEAN ANNOUNCES
BOLD 2027-28 VACATIONS FROM TEXAS, CALIFORNIA AND THE NORTHEAST

November 12, 2025 11:00 am

ALL PRESS RELEASES

 

 

LEGAL INFORMATION

PRIVACY POLICY

COPYRIGHTS

SUSTAINABILITY

© 2025 Royal Caribbean Group