# THE WAIT IS OVER - CELEBRITY CRUISES INTRODUCES THE MOST INNOVATIVE SHIPS ON THE RIVER

*With game-changing open decks, spacious staterooms, unmatched dining, and unforgettable experiences, guests can experience Europe's iconic rivers like never before. Priority Booking Access for these transformative river vacations is now open.*

MIAMI, Sept. 3, 2025 /PRNewswire/ -- The future of river cruising has arrived. Celebrity Cruises is bringing transformative ships with open decks, spacious staterooms, unmatched dining and its signature elevated hospitality to the Rhine and Danube rivers – offering guests the chance to river vacation The Celebrity Way. Priority Booking Access is now open for 2027 sailings on the groundbreaking *Celebrity Compass* and *Celebrity Seeker.*



Starting today, guests can place a fully refundable $500 deposit to claim a stateroom on one of these two new ships, which combine the iconic design of Celebrity's *Edge Series* ocean ships with European charm, and feature a patent-pending, industry-leading design that offers more space to vacation, all while ensuring a smoother, more relaxing sailing experience.

"Celebrity River Cruises ships will be the most innovative on the river, with a patent-pending industry-leading design that offers more space to vacation while bringing guests even closer to destinations," said Laura Hodges Bethge, president of Celebrity Cruises. "With about half of our guests having experienced or intending to take a river cruise, we know guests are going to love sailing Europe's Rhine and Danube rivers The Celebrity Way on our fleet of elevated, cutting-edge ships."

**Revolutionary open decks expand guests' horizons.**

Celebrity River Cruises features the intuitive design the brand is known for on ocean, connecting guests to the world around them like never before. Revolutionary open decks offer the most usable outdoor space of any river ship and remain accessible throughout the entire journey, immersing vacationers in uninterrupted, 360-degree views.

*Celebrity Compass* and *Celebrity Seeker* offer guests the chance to dine floating above the river on the Magic Edge – the first-ever cantilevered dining pods – while enjoying regional, destination-driven culinary offerings. Transformative shade structures, furniture and a top-deck bar and grille, maximize guests' time on deck while offering zones for every mood, whether it be socializing or disconnecting, in a space designed for year-round comfort. Plus, an infinity-edge plunge pool invites guests to cool off while taking in the sights. These flexible public spaces ensure guests enjoy more of their time outside at destinations, and on the journey in between.

**Uniquely elegant staterooms offer more room to vacation.**

Innovative stateroom design delivers intuitive storage, enhanced configuration, king sized beds in every stateroom and spacious balconies to make guests feel at home on the river. Five boutique stateroom categories, each bathed in natural light and deeply connected to surroundings, are designed not just for staying but for living with residential interior design, king-sized beds, and the most in-room amenities on the river. All guests can enjoy complimentary stocked mini bars and destination-inspired amenities, which elevate a serene stay wrapped in the comfort of luxury linens, bedding, bathrobes and slippers. Suite guests also enjoy a dedicated, on-demand butler through 'Butler Chat,' complimentary exclusive dining, room service and happy hour experiences, complimentary laundry once each sailing, and priority booking for shore excursions.

Every detail is designed to bring guests closer to destinations, as Celebrity's revolutionary Infinite Veranda concept, made famous on *Edge Series* ocean ships, connect guests to the breathtaking landscapes around them at the touch of a button. The first-ever Skylight Infinite Balcony Suites feature a separate living area and a ceiling window for unbeatable natural light. Vista Balcony Suites and Balcony staterooms offer private escapes with an enhanced design for more usable outdoor space to enjoy a coffee or unwind after a day on shore. Guests can discover new views without ever leaving their room from an Infinite Balcony stateroom that brings the outside in, while River View staterooms offer generous natural light for the perfect space to relax.

**Introducing more flavors to savor on the river.**

Designed for every mood and any taste at any moment, guests will enjoy flavorful dining at eight restaurants and bars – including Celebrity-favorite venues Martini Bar, Sunset Bar and Café Al Bacio - offering the most choice and variety on the river, all served with the unmatched hospitality Celebrity Cruises is known for.

Destination-driven menus that evolve throughout each itinerary immerse guests in local delicacies – from locally baked morning pastries to regionally inspired dinners. Guests can savor the day on their own time with complimentary breakfast room service and flexible, all day dining access that offers the only 24/7 meal options on the river.

**World-class destinations experienced like never before.**

33 seven-night sailings on the Rhine and Danube rooted in place, culture and connection will take guests through the heart of Europe's culture, history and unforgettable cities, and invite guests to taste regional wines, walk cobbled village streets, and enjoy the new perspective each day offers. Guests will enjoy a tale of many cities as multiple ports per day – combined with overnight experiences – invite them to explore in a whole new way.

From private wine tastings in Austria to thermal baths in Budapest, or cycling the riverbanks of the Danube, every experience is designed to bring out what is rare, real, and remarkable. Guests will see Budapest lit by night, sail the Wachau Valley, and discover hidden gems that feel like their own.  Plus, elevated pre- and post-cruise stays – available to book in early

2026 – extend guests' time in iconic cities like Prague and Budapest, all seamlessly arranged and elevated The Celebrity Way.

**Industry-leading ship design offers an uninterrupted experience.**

With an unrivaled exterior profile, Celebrity River Cruises will turn heads while maintaining respect for the scenery and history of destinations. Celebrity River Cruises will set sail with an innovative hull, delivering a lightweight versatile design that improves river navigation, delivering the most seamless vacation experience in the industry.

Pushing the boundaries of leisure travel, Celebrity's fleet of river ships advances Royal Caribbean Group's decades-long commitment to sustaining the planet. The ships are equipped with the best-in-class hybrid propulsion system, as well as waste management systems, alongside advanced technology to reduce noise and vibration.

**Welcome to river cruising – The Celebrity Way.**

Celebrity Cruises Captain's Club members' loyalty tiers extend to river vacations, giving guests access to new and different rewards, recognition, and elevated experiences from ship to shore. Members can earn 8 to 18 points per night on river vacations, with more details on tier benefits to be shared in 2026.

For more information, or to sign up for Priority Booking Access and place a fully refundable $500 deposit, visit www.celebritycruises.com/river, contact a Celebrity River Cruises expert at 1-833-474-8803, visit Future Cruise on board, or contact a trusted travel advisor. Please note, Priority Booking Access availability is limited.

**About Celebrity Cruises**
Celebrity Cruises delivers an elevated premium vacation experience across their fleet of ocean and river ships traveling to over 300 destinations across more than 70 countries spanning all seven continents. Uniquely offering the intimate feel and thoughtful service of small ships, with the variety and excitement of bigger ones – guests can explore the world or get away from it for a little while. With every detail elevated beyond expectations, guests will never want to vacation any other way. An industry pioneer for more than 35 years, each Celebrity vacation offers experiences you won't find anywhere else.

Celebrity Cruises is headquartered in Miami and is one of five cruise brands owned by Royal Caribbean Group (NYSE: RCL).  Visit [www.celebritycruises.com](www.celebritycruises.com) for more information, and connect with us on [Instagram](Instagram), [Facebook](Facebook)  or [LinkedIn](LinkedIn).

**Cautionary Note on Forward-Looking Statements**

Certain statements in this press release constitute forward-looking statements under the Private Securities Litigation Reform Act of 1995. These statements relate to, among other things, the company's expectations, estimates, forecasts and projections regarding timing of sailings, product offerings, and environmental initiatives. Forward-looking statements reflect management's current expectations and are subject to risks, uncertainties and other factors that could cause our actual results, performance or achievements to differ materially from the future results, performance or achievements expressed or implied in those forward-looking statements. Factors that could affect our results include, among others, those discussed under the caption "Risk Factors" in our most recent annual report on Form 10-K, as well as our other filings with the SEC, copies of which may be obtained by visiting our Investor Relations website at [www.rclinvestor.com](www.rclinvestor.com)  or the SEC's website at [www.sec.gov](www.sec.gov). Undue reliance should not be placed on the forward-looking statements in this release, which are based on information available to us on the date hereof. We undertake no obligation to publicly update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.





































SOURCE Celebrity Cruises

### EXTERNAL LINKS

ROYAL CARIBBEAN GROUP

ROYAL CARIBBEAN

SILVERSEA CRUISES

HAPAG-LLOYD CRUISES

CAREERS

CELEBRITY CRUISES

TUI CRUISES

 

## PRESS RELEASES

YOUR HAPPY PLACE HAS ARRIVED - CELEBRITY XCEL OFFICIALLY SETS SAIL

November 14, 2025 9:15 am

AN ICON HEADS TO THE LONE STAR STATE: ROYAL CARIBBEAN ANNOUNCES BOLD 2027-28 VACATIONS FROM TEXAS, CALIFORNIA AND THE NORTHEAST

November 12, 2025 11:00 am

ALL PRESS RELEASES






LEGAL INFORMATION

PRIVACY POLICY

COPYRIGHTS

SUSTAINABILITY

© 2025 Royal Caribbean Group