UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:25-cv-25648-KMW-EAL

**CELEBRITY CRUISES, INC.** and
**ROYAL CARIBBEAN CRUISES LTD.**,
d/b/a **ROYAL CARIBBEAN GROUP**,

      Plaintiffs,

v.

**ANGEL CHRISTOPHER GOMEZ**,

      Defendant.
_____/

**JOINT NOTICE OF WITNESS AND EXHIBIT LIST FOR DECEMBER 12, 2025 HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. and Defendant Angel Christopher Gomez hereby file this joint notice, identifying the following witness and exhibits in compliance with the Court's Order [Doc. 13].

**Witnesses**

Angel Gomez, Defendant

Katina Athanasiou-Soy, SVP, Sales and Services of Celebrity Cruises

Jason Santelices, Sr. Manager, Corporate Sales, Royal Caribbean Cruises Ltd.

Michal Maguire, Chief Marketing Officer, AMA Waterways

**Exhibits:**[1]

| No. | Description | Offering Party |
|---|---|---|
| 1 | Verified Complaint with Exhibits | Plaintiffs |
| 2 | Declaration of Jason Santelices with Exhibit | Plaintiffs |
| 3 | February 7, 2025 Email from Angel Gomez | Plaintiffs |

---

[1] The Parties will meet prior to the December 12, 2025, hearing to confer on the admissibility of the exhibits identified and to stipulate to the admissibility of exhibits to the extent possible.

| | | |
|---|---|---|
| 4 | March 5, 2025 Email from Angel Gomez | Plaintiffs |
| 5 | 2025 RSU Agreement | Plaintiffs |
| 6 | 2022 Non-Compete Agreement | Plaintiffs |
| A | Text Messages with Tiffany | Defendant |
| B | WhatsApp Chat – Michelle Johnson Sharma | Defendant |
| C | Text Messages with Ralph Motola | Defendant |
| D | LinkedIn Laurentiu Davidoiu | Defendant |
| E | Laurentiu Davidoiu Facebook Profile | Defendant |
| F | Carlos Jimenez LinkedIn Photo | Defendant |
| G | Office Photo August 22, 2022 | Defendant |
| H | Email exchanged with Katina August 26, 2023 | Defendant |
| I | WD MyPassport USB Device Connected Pictues | Defendant |
| J | Celebrity Cruise Instagram Post | Defendant |
| K | Message with Candika Tiwari | Defendant |
| L | Foresight report February 27, 2025 | Defendant |
| M | Status Report October 14, 2024 | Defendant |
| N | The European River Cruise Association | Defendant |
| O | The River Cruise Market | Defendant |
| P | IGRC EBU Guideline for a Minimum Standard for the Resumption of River Cruises in Europe | Defendant |
| Q | Text Messages with Jason Santelices Royal | Defendant |
| R | LinkedIn Post from Laurentiu Davidoiu and Lorenzo Davidoiu. | Defendant |
| S | Royal Caribbean Earning Call Transcript October 28, 2025 | Defendant |
| T | Royal Caribbean Earning Call Transcript July 29, 2025 | Defendant |
| U | Royal Caribbean Earning Call | Defendant |

|   |                                                           |           |
|---|-----------------------------------------------------------|-----------|
|   | Transcript April 29, 2025                                 |           |
| V | Royal Caribbean Earning Call Transcript January 28, 2025  | Defendant |
| W | Royal Caribbean Earning Call Transcript October 29, 2024  | Defendant |
| X | Royal Caribbean Earning Call Transcript July 25, 2024     | Defendant |
| Y | Royal Caribbean Press Release 1.28.25                     | Defendant |
| Z | Royal Caribbean Press Release 8.19.25                     | Defendant |

Date: December 10, 2025

Respectfully submitted,

/s/ Tyler A. Sims
Tyler A. Sims
Florida Bar No. 1048908
tsims@littler.com
West A. Holden, Esq.
Florida Bar No. 0113569
wholden@littler.com
111 North Orange Avenue, Suite 1750
Orlando, FL 32801.2366
Tel: 407.393.2900
Fax: 407.393.2929
Paul J. Kennedy, Esq. (*pro hac vice* to be filed)
Virginia Bar No. 29802
pkennedy@littler.com
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20006
Tel: 202.414.6855
Attorneys for Plaintiffs

and

s/Brian H. Pollock, Esq
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Telephone: (305) 230-4884
*Counsel for Defendant*