UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25648-WILLIAMS/LETT

CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES, LTD.
d/b/a ROYAL CARIBBEAN GROUP,

    Plaintiff,

v.

ANGEL CHRISTOPHER GOMEZ,

    Defendant.

_____/

## **DEFENDANT'S NOTICE OF STRIKING**
### **(ECF NO. 14)**

Defendant, Angel Christopher Gomez, notifies the Court and all parties of the striking of Defendant's Response In Opposition To Plaintiffs' Motion for Temporary Injunction And Temporary Restraining Order [ECF No. 15] due to the scrivener's errors contained therein.

Respectfully submitted this 10th day of December 2025,

    s/Brian H. Pollock, Esq
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, Florida 33146
    Telephone: (305) 230-4884
    *Counsel for Defendant*