**Participant Name**  ANGEL GOMEZ

**Employee ID**  10001482

Account Information    Participant view    Stock Plan Details    **Admin Plan Elections**

Grant Acceptance | ESPP Enrollment | Restricted Stock Elections

Click the grant number to view grant documents.

| Grant Date | Number | Type | Price | Granted | Status |
|---|---|---|---|---|---|
| 02/12/2025 | 0081884 | RSU | $0.00 | 291 | Accepted 02/19/2025 |
| 02/08/2024 | 0081048 | RSU | $0.00 | 620 | Accepted 02/23/2024 |
| 02/09/2023 | 0080294 | RSU | $0.00 | 1,006 | Accepted 03/10/2023 |
| 02/07/2022 | 0079610 | RSU | $0.00 | 1,045 | Accepted 03/22/2022 |
| 03/24/2021 | 0078994 | RSU | $0.00 | 589 | Accepted 05/08/2021 |
| 02/20/2020 | 0078287 | RSU | $0.00 | 454 | Accepted 05/24/2020 |
| 02/13/2019 | 0077708 | RSU | $0.00 | 423 | Accepted 03/04/2019 |
| 01/25/2018 | 0005182 | RSU | $0.00 | 190 | Accepted 02/21/2018 |
| 01/24/2018 | 0009919 | RSU | $0.00 | 47 | Acceptance not Required |
| 02/07/2017 | 0004658 | RSU | $0.00 | 263 | Accepted 03/09/2017 |
| 02/09/2016 | 0004156 | RSU | $0.00 | 359 | Accepted 03/22/2016 |
| 02/06/2015 | 0003751 | RSU | $0.00 | 345 | Accepted 03/19/2015 |