Message

| | |
|---|---|
| **From**: | Angel Gomez [angelgomez@celebrity.com] |
| **Sent**: | 2/8/2025 2:33:05 PM |
| **To**: | Craig Hardeman [chardeman@celebrity.com]; Michelle Johnson Sharma [mjohnson@celebrity.com] |
| **Subject**: | Re: Celebrity Cruises RIVER - Weekly Contact Center Speech Report |

Welcome… it's the planners working their books of business as they should to push the brand offerings.

I'll connect with Chuck next week and follow up with any new information I gather.

-Angel

# Angel C. Gómez
## AVP, Consumer Outreach | Sales & Service
786.356.0676
1080 Caribbean Way
Miami, FL 33132
celebritycruises.com

Get Outlook for iOS

---

**From:** Craig Hardeman <chardeman@celebrity.com>
**Sent:** Saturday, February 8, 2025 12:46 PM
**To:** Angel Gomez <angelgomez@celebrity.com>; Michelle Johnson Sharma <mjohnson@celebrity.com>
**Subject:** Re: Celebrity Cruises RIVER - Weekly Contact Center Speech Report

Thanks. I did not realize they had that dedicated planner. It's also so much more volume than the general inbound.

Craig Hardeman
Sr. Director, Business Strategy & Consumer Insights
Celebrity Cruises
chardeman@celebrity.com

---

**From:** Angel Gomez <angelgomez@celebrity.com>
**Sent:** Friday, February 7, 2025 8:03:25 PM
**To:** Michelle Johnson Sharma <mjohnson@celebrity.com>; Craig Hardeman <chardeman@celebrity.com>
**Subject:** Re: Celebrity Cruises RIVER - Weekly Contact Center Speech Report

Hi Michelle,

Yes, you are correct and here are some additional details:

- There was a strong initial response from guests calling their planners to learn more about our new river cruises line of business.
- We had many guests sign up for follow ups once we start selling the new itineraries.
- The agent did callout to all their loyal guests to let them know the great news as soon as we announced.
- Organically all items that don't get finalized via the .com or IB end up with OB.

- We've continued to have a strong interest via the OB team. Telling that this can potentially be a strong place to test and manage this unique line of business.

-Angel

# Angel C. Gómez

**AVP, Consumer Outreach | Sales & Service**
786.356.0676
1080 Caribbean Way
Miami, FL 33132
celebritycruises.com

Get Outlook for iOS

---

**From:** Michelle Johnson Sharma <mjohnson@celebrity.com>
**Sent:** Friday, February 7, 2025 6:55 PM
**To:** Craig Hardeman <chardeman@celebrity.com>; Angel Gomez <angelgomez@celebrity.com>
**Subject:** Re: Celebrity Cruises RIVER - Weekly Contact Center Speech Report

I'll double check but I believe it's from the leads and then proactively signing them up

@Angel Gomez can you confirm?

**Michelle Johnson-Sharma**
VP - Global Contact Centers
Celebrity Cruises
754-215-5353

Sent from Outlook for iOS

---

**From:** Craig Hardeman <chardeman@celebrity.com>
**Sent:** Friday, February 7, 2025 5:42:50 PM
**To:** Michelle Johnson Sharma <mjohnson@celebrity.com>
**Subject:** Re: Celebrity Cruises RIVER - Weekly Contact Center Speech Report

Also, how come outbound is popping as a top skill?

Craig Hardeman
Sr. Director, Business Strategy & Consumer Insights
Celebrity Cruises
chardeman@celebrity.com

---

**From:** Michelle Johnson Sharma <mjohnson@celebrity.com>
**Sent:** Friday, February 7, 2025 5:18:08 PM
**To:** Craig Hardeman <chardeman@celebrity.com>
**Cc:** Uri Epelbaum <uepelbaum@rccl.com>; Eliana Di Domizio <edidomizio@celebrity.com>; Michael Scheiner <mscheiner@celebrity.com>; Chuck Baker <chuckbaker@rccl.com>
**Subject:** RE: Celebrity Cruises RIVER - Weekly Contact Center Speech Report

We only produce this on a weekly basis on the Friday so can be included the following Monday – we can change the weekly cadence to sync up better if needed?

## Michelle Johnson-Sharma
**VP, Global Contact Centers**
1080 Caribbean Way
Miami, FL 33132
celebritycruises.com



---

**From:** Craig Hardeman <chardeman@celebrity.com>
**Sent:** 07 February 2025 16:33
**To:** Michelle Johnson Sharma <mjohnson@celebrity.com>
**Cc:** Uri Epelbaum <uepelbaum@rccl.com>; Eliana Di Domizio <edidomizio@celebrity.com>; Michael Scheiner <mscheiner@celebrity.com>
**Subject:** Re: Celebrity Cruises RIVER - Weekly Contact Center Speech Report

Hey let's combine with Uri's report. He will send Mondays from now on. We are working on a summary for Tuesday to send to Laura's leadership and for Laura's town hall.

Thank you!!

Craig Hardeman
Sr. Director, Business Strategy & Consumer Insights
Celebrity Cruises
chardeman@celebrity.com

---

**From:** Michelle Johnson Sharma <mjohnson@celebrity.com>
**Sent:** Friday, February 7, 2025 4:20:05 PM
**To:** Michael Scheiner <mscheiner@celebrity.com>; Craig Hardeman <chardeman@celebrity.com>; Kate Ingraham <kingraham@celebrity.com>; Brian Rosenthal <brosenthal@rccl.com>; Moreno Vicente, David <morenovicente.david@bcg.com>; Bernie Guerra <bguerra@celebrity.com>; Katina Athanasiou-Soy <kathanasiou@celebrity.com>
**Cc:** Laura Hodges Bethge <lhodgesbethge@celebrity.com>; Chuck Baker <chuckbaker@rccl.com>; Cristy Mestre Quintero <cmestre@rccl.com>; Karla Rueda <krueda-martinez@rccl.com>; Uri Epelbaum <uepelbaum@rccl.com>
**Subject:** FW: Celebrity Cruises RIVER - Weekly Contact Center Speech Report

Hi All

Sharing the more detailed weekly report we get from Chuck's team regarding volume, guest sentiment and FAQs as it relates to River.

Lots of demand on when exactly it is going on sale!! See the specifics below on what we're being asked across the board.

We'll send weekly – let me know if you don't want to be included on the distro or who else should be added or we can combine with Uri's report so it's all in one place?

Happy weekend all!

Michelle

# Michelle Johnson-Sharma
## VP, Global Contact Centers
1080 Caribbean Way
Miami, FL 33132
celebritycruises.com

  



Good Afternoon Michelle and Celebrity Contact Center Leaders,

Our Interaction Analysts completed a review of guest calls regarding the Celebrity River Cruises announcement. This analysis covers the week of Feb 3rd up until 2 PM EST today and provides insights into guest sentiment and feedback.





**Most frequently asked questions about Celebrity River Cruises:**

- When will the booking window open for Celebrity River Cruises?
    - Guests are eager to know the exact date when they can start booking the river cruises.

- What itineraries will be available for Celebrity River Cruises?
    - Guests are interested in the specific routes and destinations that the river cruises will cover.

- What is the start dates for Celebrity River Cruises?
    - Guests want to know when the river cruises will officially begin.

- Will there be any special offers or promotions for early bookings?

- o   Guests are curious about any potential discounts or incentives for booking early.

- What amenities and services will be available on Celebrity River Cruises?
    - o   Guests are interested in the onboard experience, including dining options, entertainment, and other services.

- How do Celebrity River Cruises compare to ocean cruises?
    - o   Guests want to understand the differences and unique features of river cruises compared to traditional ocean cruises.

- What safety measures will be in place on Celebrity River Cruises?
    - o   Guests are concerned about health and safety protocols, especially in light of recent global events.

**Guest Sentiment on Celebrity River:**

Positive Sentiment:
   Guests expressed positive sentiments about the idea of Celebrity River Cruises. They showed excitement and interest in the new offerings, asking detailed questions about booking windows and itineraries.

Curiosity and Anticipation:
   There was a sense of curiosity and anticipation, with guests eager to know more about the specifics of the river cruises, such as dates and itineraries.

**Summary of Key Findings:**

Interest in River Cruises:
   Guests are highly interested in the new Celebrity River Cruises, asking multiple questions about booking windows and itineraries.

Positive Feedback:
   The overall sentiment towards Celebrity River Cruises is positive, with guests showing excitement and eagerness to learn more.

Need for Information:
There is a clear need for more detailed information about the river cruises, including specific dates, itineraries, and booking procedures.

Misinformation:
There is no misinformation provided by the agents regarding Celebrity River Cruises. The agents consistently communicated that:

   Booking Window: The exact booking window for the river cruises had not been finalized yet.
   Itineraries: The itineraries for the river cruises were not yet available.
   Start Date: The river cruises were announced to start in 2027, but specific details were still pending.

**Guest Quotes and Agent Replies:**

Guest:
"Do you know yet when the booking window is going to be open for the river cruises?"
   Agent (Jennica Alyssa Fermin): "For river cruises, we still don't have the exact information or exact date when it will start. But I can also send you a link where you can stay updated with the river cruise."

Guest:
"Do they have any itineraries available yet?"
   Agent (Mark Galang): "As of right now, we don't have any final date just yet, so it's part of the plan. But as soon as we have the information, we'll make sure to let you know."

Guest:
"I just noticed it says open for booking in the summer, but I wanted to see, do you have a date in the summer, and do they have any itineraries available yet?"
   Agent (Mark Galang): "The sailing will start in 2027. They were just announced, and we actually don't have the sailings yet like the itinerary here on our end. Maybe sooner they will be providing us more information on that."

Guest:
"I did sign up for the latest updates, so I'm pretty sure I'll get them, but I thought I'd call."
       Agent (Mark Galang): "Yes, as of right now, we don't have any final date just yet. But as soon as we have the information, we'll make sure to let you know."


**Karla Rueda-Martinez**
**Pronouns: (She/Her)**
Quality Analyst
**Royal Caribbean Group**
royalcaribbeangroup.com



*Global Quality Assurance and Speech Analytics*

CONFIDENTIALITY NOTE: This message may contain confidential or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking any action in reliance on these contents is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this e-mail and then delete it from your system.