| | |
|---|---|
| **From:** | Angel Gomez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A563D8035C3343598A6D056B7DF6BBBF-113005] |
| **Location:** | Microsoft Teams Meeting |
| **Subject:** | Accepted: Celebrity Cruises River |
| **Importance:** | Normal |
| **Start Time:** | Tue 5/6/2025 2:00:00 PM (UTC-04:00) |
| **End Time:** | Tue 5/6/2025 3:00:00 PM (UTC-04:00) |
| **Required Attendees:** | Michelle Johnson Sharma |

| | |
|---|---|
| **From:** | Angel Gomez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A563D8035C3343598A6D056B7DF6BBBF-113005] |
| **Location:** | Microsoft Teams Meeting |
| **Subject:** | Accepted: Celebrity Cruises River |
| **Importance:** | Normal |
| **Start Time:** | Fri 2/28/2025 10:00:00 AM (UTC-04:00) |
| **End Time:** | Fri 2/28/2025 11:00:00 AM (UTC-04:00) |
| **Required Attendees:** | Michelle Johnson Sharma |

| | |
|---|---|
| **From:** | Angel Gomez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A563D8035C3343598A6D056B7DF6BBBF-113005] |
| **Location:** | Microsoft Teams Meeting |
| **Subject:** | Accepted: River Process Mapping Pre-Conversion (CO and TSS) |
| **Importance:** | Normal |
| **Start Time:** | Wed 4/16/2025 12:30:00 PM (UTC-04:00) |
| **End Time:** | Wed 4/16/2025 1:30:00 PM (UTC-04:00) |
| **Required Attendees:** | Tyler Bolen |

| | |
|---|---|
| **From:** | Angel Gomez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A563D8035C3343598A6D056B7DF6BBBF-113005] |
| **Location:** | Microsoft Teams Meeting |
| **Subject:** | Accepted: River - Service High Touch Concierge - All Channels |
| **Importance:** | Normal |
| **Start Time:** | Wed 4/2/2025 11:10:00 AM (UTC-04:00) |
| **End Time:** | Wed 4/2/2025 12:00:00 PM (UTC-04:00) |
| **Required Attendees:** | Kathy Barbrooke |

| | |
|---|---|
| **From:** | Angel Gomez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A563D8035C3343598A6D056B7DF6BBBF-113005] |
| **Location:** | Microsoft Teams Meeting |
| **Subject:** | Accepted: River - Service High Touch Concierge - All Channels |
| **Importance:** | Normal |
| **Start Time:** | Wed 4/2/2025 11:10:00 AM (UTC-04:00) |
| **End Time:** | Wed 4/2/2025 12:00:00 PM (UTC-04:00) |
| **Required Attendees:** | Kathy Barbrooke |

| | |
|---|---|
| **From:** | Angel Gomez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A563D8035C3343598A6D056B7DF6BBBF-113005] |
| **Location:** | Microsoft Teams Meeting |
| **Subject:** | Accepted: River - Service High Touch Concierge - All Channels |
| **Importance:** | Normal |
| **Start Time:** | Wed 4/2/2025 11:30:00 AM (UTC-04:00) |
| **End Time:** | Wed 4/2/2025 12:00:00 PM (UTC-04:00) |
| **Required Attendees:** | Kathy Barbrooke |

| | |
|---|---|
| **From:** | Angel Gomez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A563D8035C3343598A6D056B7DF6BBBF-113005] |
| **Location:** | Microsoft Teams Meeting |
| **Subject:** | Accepted: Celebrity Cruises River - Contact Center Training deep dive deadline |
| **Importance:** | Normal |
| **Start Time:** | Fri 3/21/2025 9:00:00 AM (UTC-04:00) |
| **End Time:** | Fri 3/21/2025 10:00:00 AM (UTC-04:00) |
| **Required Attendees:** | Michelle Johnson Sharma |

| | |
|---|---|
| **From:** | Angel Gomez[/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a563d8035c3343598a6d056b7df6bbbf-113005] |
| **Location:** | Microsoft Teams Meeting |
| **Subject:** | Accepted: Celebrity Cruises River - Contact Center Readiness Working Group |
| **Importance:** | Normal |
| **Start Time:** | Fri 2/28/2025 9:00:00 AM (UTC-05:00) |
| **End Time:** | Fri 2/28/2025 10:00:00 AM (UTC-05:00) |
| **Required Attendees:** | Michelle Johnson Sharma |

| | |
|---|---|
| **From:** | Angel Gomez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A563D8035C3343598A6D056B7DF6BBBF-113005] |
| **Location:** | Microsoft Teams Meeting |
| **Subject:** | Accepted: Celebrity Cruises River - Contact Center Readiness Working Group |
| **Importance:** | Normal |
| **Start Time:** | Wed 3/12/2025 11:00:00 AM (UTC-05:00) |
| **End Time:** | Wed 3/12/2025 12:00:00 PM (UTC-05:00) |
| **Required Attendees:** | Michelle Johnson Sharma |

| | |
|---|---|
| **From:** | Angel Gomez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A563D8035C3343598A6D056B7DF6BBBF-113005] |
| **Location:** | Microsoft Teams Meeting |
| **Subject:** | Accepted: Celebrity Cruises River - Contact Center Readiness Working Group |
| **Importance:** | Normal |
| **Start Time:** | Fri 3/7/2025 9:00:00 AM (UTC-05:00) |
| **End Time:** | Fri 3/7/2025 9:30:00 AM (UTC-05:00) |
| **Required Attendees:** | Michelle Johnson Sharma |

| | |
|---|---|
| **From:** | Angel Gomez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A563D8035C3343598A6D056B7DF6BBBF-113005] |
| **Location:** | Microsoft Teams Meeting |
| **Subject:** | Accepted: Celebrity Cruises River - Contact Center Readiness Working Group |
| **Importance:** | Normal |
| **Start Time:** | Tue 3/4/2025 9:00:00 AM (UTC-05:00) |
| **End Time:** | Tue 3/4/2025 10:00:00 AM (UTC-05:00) |
| **Required Attendees:** | Michelle Johnson Sharma |

| | |
|---|---|
| **From:** | Angel Gomez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A563D8035C3343598A6D056B7DF6BBBF-113005] |
| **Location:** | Microsoft Teams Meeting |
| **Subject:** | Accepted: Celebrity Cruises River - Contact Center Readiness Working Group |
| **Importance:** | Normal |
| **Start Time:** | Tue 3/4/2025 9:00:00 AM (UTC-05:00) |
| **End Time:** | Tue 3/4/2025 10:00:00 AM (UTC-05:00) |
| **Required Attendees:** | Michelle Johnson Sharma |

| | |
|---|---|
| **From:** | Angel Gomez[/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a563d8035c3343598a6d056b7df6bbbf-113005] |
| **Location:** | Microsoft Teams Meeting |
| **Subject:** | Accepted: Celebrity Cruises River |
| **Importance:** | Normal |
| **Start Time:** | Fri 4/25/2025 11:00:00 AM (UTC-05:00) |
| **End Time:** | Fri 4/25/2025 11:45:00 AM (UTC-05:00) |
| **Required Attendees:** | Michelle Johnson Sharma |

| | |
|---|---|
| **From:** | Angel Gomez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A563D8035C3343598A6D056B7DF6BBBF-113005] |
| **Location:** | Microsoft Teams Meeting |
| **Subject:** | Accepted: Celebrity Cruises River - Resourcing |
| **Importance:** | Normal |
| **Start Time:** | Fri 2/14/2025 9:00:00 AM (UTC-05:00) |
| **End Time:** | Fri 2/14/2025 9:45:00 AM (UTC-05:00) |
| **Required Attendees:** | Michelle Johnson Sharma |

| | |
|---|---|
| **From:** | Angel Gomez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A563D8035C3343598A6D056B7DF6BBBF-113005] |
| **Location:** | Microsoft Teams Meeting |
| **Subject:** | Accepted: Celebrity Cruises River |
| **Importance:** | Normal |
| **Start Time:** | Fri 2/28/2025 9:00:00 AM (UTC-05:00) |
| **End Time:** | Fri 2/28/2025 9:45:00 AM (UTC-05:00) |
| **Required Attendees:** | Michelle Johnson Sharma |

| | |
|---|---|
| **From:** | Angel Gomez[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A563D8035C3343598A6D056B7DF6BBBF-113005] |
| **Location:** | Microsoft Teams Meeting |
| **Subject:** | Accepted: Celebrity Cruises River - operational structure and on sale planning |
| **Importance:** | Normal |
| **Start Time:** | Wed 2/5/2025 10:00:00 AM (UTC-05:00) |
| **End Time:** | Wed 2/5/2025 11:00:00 AM (UTC-05:00) |
| **Required Attendees:** | Michelle Johnson Sharma |