UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:25-cv-25648-KMW-EAL

**CELEBRITY CRUISES, INC.** and
**ROYAL CARIBBEAN CRUISES LTD.**,
d/b/a ROYAL CARIBBEAN GROUP,

      Plaintiffs,

v.

**ANGEL CHRISTOPHER GOMEZ**,

      Defendant.
_____/

**AMENDED JOINT NOTICE OF WITNESS AND EXHIBIT LIST
FOR DECEMBER 12, 2025 HEARING ON
PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. and Defendant Angel Christopher Gomez hereby file this Amended Joint Notice, identifying the following witness and exhibits in compliance with the Court's Order [Doc. 13].

**Witnesses**

Angel Gomez, Defendant

Katina Athanasiou-Soy, SVP, Sales and Services of Celebrity Cruises

Jason Santelices, Sr. Manager, Corporate Sales, Royal Caribbean Cruises Ltd.

Michelle Johnson Sharma, VP, Global Contact Centres of Celebrity Cruises

Michal Maguire, Chief Marketing Officer, AmaWaterways

**Exhibits:**[1]

| No. | Description | Offering Party |
|-----|-------------|----------------|
| 1 | Verified Complaint with Exhibits | Plaintiffs |
| 2 | Declaration of Jason Santelices with Exhibit | Plaintiffs |
| 3 | February 7, 2025 Email from Angel Gomez | Plaintiffs |
| 4 | March 5, 2025 Email from Angel Gomez | Plaintiffs |
| 5 | 2025 RSU Agreement | Plaintiffs |
| 6 | 2022 Non-Compete Agreement | Plaintiffs |
| 7 | Celebrity Calendar Invitations to Gomez | Plaintiffs (*Disputed by Defendant as Untimely Disclosed*) |
| A | Text Messages with Tiffany | Defendant |
| B | WhatsApp Chat – Michelle Johnson Sharma | Defendant |
| C | Text Messages with Ralph Motola | Defendant |
| D | Laurentiu/ Lorenzo Davidoiu LinkedIn Post + Experience (*Combined D + R*) | Defendant |
| E | Laurentiu Davidoiu Facebook Profile | Defendant |
| F | Carlos Jimenez LinkedIn Profile | Defendant |
| G | Office Photo August 22, 2022 | Defendant |
| H | Email exchanged with Katina Athanasiou-Soy August 26, 2023 | Defendant |
| I | USB Device Connected to his Work Equipment | Defendant |
| J | Celebrity Cruise Instagram Post | Defendant |
| K | Message with Candika Tiwari | Defendant |
| L | Foresight report February 27, 2025 | Defendant |
| M | Status Report October 14, 2024 | Defendant |
| N | The European River Cruise Association | Defendant |
| O | The River Cruise Market | Defendant |
| P | IGRC EBU Guideline for a Minimum Standard for the Resumption of River Cruises in Europe | Defendant |
| Q | Text Messages with Jason Santelices (ECF No. 15-8) | Defendant |
| R | -----Removed----- | -----Removed----- |
| S | Royal Caribbean Earning Call Transcript October 28, 2025 (ECF No. 15-5) | Defendant |
| T | Royal Caribbean Earning Call Transcript July 29, 2025 (ECF No. 15-2) | Defendant |
| U | Royal Caribbean Earning Call Transcript April 29, 2025 | Defendant |
| V | Royal Caribbean Earning Call | Defendant |

---

[1] The Parties will meet prior to the December 12, 2025 hearing to confer on the admissibility of the exhibits identified and to stipulate to the admissibility of exhibits to the extent possible.

|   | Transcript January 28, 2025 |   |
|---|---|---|
| W | -----Removed----- | -----Removed----- |
| X | -----Removed----- | -----Removed----- |
| Y | Royal Caribbean Press Release 1.28.25 (ECF No. 15-1) | Defendant |
| Z | Royal Caribbean Press Release 8.19.25 (ECF No. 15-4) | Defendant |
| AA | Royal Caribbean 2025 Q2 Earnings Report 7.29.25 (*Added - ECF No. 15-4*) | Defendant |
| AB | Royal Caribbean 2025 Q3 Earnings Report 10.28.25 (*Added – ECF No. 15-6*) | Defendant |
| AC | Royal Caribbean Press Release 9.3.25 (*Added – ECF No. 15-9*) | Defendant |

Respectfully submitted this 11th day of December, 2025,

*/s/ Tyler A. Sims*
Tyler A. Sims
Florida Bar No. 1048908
tsims@littler.com
West A. Holden, Esq.
Florida Bar No. 0113569
wholden@littler.com
111 North Orange Avenue, Suite 1750
Orlando, FL 32801.2366
Tel: 407.393.2900
Fax: 407.393.2929
Paul J. Kennedy, Esq. (*pro hac vice* to be filed)
Virginia Bar No. 29802
pkennedy@littler.com
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20006
Tel: 202.414.6855
Attorneys for Plaintiffs

and

s/Brian H. Pollock, Esq
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770

Coral Gables, FL 33146
Telephone: (305) 230-4884
*Counsel for Defendant*