UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25648-WILLIAMS/LETT

CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES, LTD.
d/b/a ROYAL CARIBBEAN GROUP,

      Plaintiff,

v.

ANGEL CHRISTOPHER GOMEZ,

      Defendant.
_____/

**DEFENDANT'S REMOVAL STATUS REPORT**

Defendant, Angel Christopher Gomez, submits this Removal Status Report in compliance with Section C of the Order of Referral and Notice of Court Practices and Procedures In Removal Cases [ECF No. 7], and states as follows:

**1.** **A plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim, made in state or federal court including the amount of damages claimed and any other relief sought.**

Plaintiffs, Celebrity Cruises, Inc. and Royal Caribbean Cruises, Ltd., filed a Verified Complaint for Injunctive Relief and Damages against Defendant, Angel Christopher Gomez, seeking enforcement of restrictive covenants (non-compete, nonsolicitation, and nondisclosure) through the issuance of temporary and permanent injunctive relief, for resultant damages, and recovery of their attorney's fees and costs. [ECF No. 1-1]

2. **A plain statement of the grounds for removal and a list of all parties to the action, including parties to any third-party claim.**

**Grounds for Removal:** Diversity of citizenship jurisdiction. 28 U.S.C. §§1332.

*Amount in Controversy Satisfied* – Plaintiffs seek damages in excess of $750,000 from the Defendant in the Verified Complaint. [ECF No. 1-1 at ¶11] Plaintiffs also seek recovery of their attorney's fess and costs in the Verified Complaint if they are determined to be prevailing parties in the *ad damnum* clause of the Verified Complaint. [ECF No. 1-1 at pp. 14 ¶75; 29; and 40] While the Defendant disputes that he breached any contract with the Plaintiffs and disputes that they suffered any damages, the amount in controversy exceeds the jurisdictional threshold.

*Complete Diversity Exists* – This Court has jurisdiction over this action because complete diversity exists between the Plaintiffs and the Defendant. Plaintiffs attest that each is a "foreign corporation" with its principal place of business in, but not a citizen of, Florida. [ECF No. 1-1 at ¶¶8-9] Mr. Gomez attests that he is a citizen of California in his Declaration Pursuant To 28 U.S.C. §1746. [ECF No. 1-5]

**Parties to the Action:**

Plaintiff, Celebrity Cruise Lines, Inc.

Plaintiff, Royal Caribbean Cruises, Ltd. d/b/a Royal Caribbean Group

Defendant, Angel Christopher Gomez

3. **A list of all pending motions.**

Plaintiffs' Expedited Motion for Temporary Restraining Order and Preliminary Injunction, filed Dec. 4, 2025. [ECF No. 4]

\*\*Although Plaintiffs Emergency Motion for Temporary Injunction was filed in the Circuit Court for Miami-Dade County on November 11, 2025, it was rendered moot and superseded by the Expedited Motion [ECF No. 4], identified above.

4. **A brief statement by each Defendant explaining whether or not each has joined the notice of removal.**

   **Yes**. Defendant, Mr. Gomez, filed the Notice of Removal.

5. **A statement regarding whether the Defendant has removed the action within 30 days after the receipt by the Defendant of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.**

   Plaintiffs served Defendant with the Summons and Verified Complaint (in California) on November 3, 2025. [ECF Nos. 1-2 and 1-3] Defendants then **timely removed** the action to this Court on December 2, 2025, within the 30-day window for removal.

Dated this 15th day of December 2025.

                                                      Respectfully submitted,

                                                      Brian H. Pollock, Esq.
                                                      Brian H. Pollock, Esq.  (174742)
                                                      brian@fairlawattorney.com
                                                      FAIRLAW FIRM
                                                      135 San Lorenzo Ave.
                                                      Suite 770
                                                      Coral Gables, FL 33146
                                                      Tel:     305.230.4884
                                                      *Counsel for Defendant*