UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25648-WILLIAMS/LETT

CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES, LTD.
d/b/a ROYAL CARIBBEAN GROUP,

    Plaintiff,
v.

ANGEL CHRISTOPHER GOMEZ,

    Defendant.
_____/

NOTICE OF FILING STATE COURT DOCKET ENTRIES

Defendant, Angel Christopher Gomez, pursuant to the Court's Order of Referral and Notice of Court Practices and Procedures in Removal Cases [ECF No. 7], files this Notice of Filing State Court Docket Entries.

The following is an index of all docket entries from Celebrity Cruises, Inc., et al. v. Angel Christopher Gomez, previously pending in the Eleventh Judicial Circuit Court for Miami-Dade County, Florida, bearing No. 2025-020399-CA-01, with each filing identified by its State Court Docket Index Number ("DIN"), title, and corresponding location in the Federal Docket or by Exhibit Number, as applicable:

| DIN | Date Filed | Title of Document | Reference |
|---|---|---|---|
| 1 | 10/16/2025 | Civil Cover Sheet | Exhibit A |
| 2 | 10/16/2025 | Civil Cover Sheet (Duplicate) | Exhibit B |
| 3 | 10/16/2025 | Verified Complaint for Injunctive Relief and Damages | ECF No. 1-1 |

1

| DIN | Date Filed | Title of Document | Reference |
|---|---|---|---|
| 6 | 10/17/2025 | Summons Received for Issuance | Exhibit C |
| 8 | 10/17/2025 | Summons Issued | Exhibit D |
| 10 | 11/07/2025 | Return of Service | ECF No. 1-2 |
| 11 | 11/11/2025 | Plaintiffs' Emergency Motion for Temporary Injunction | Exhibit E |
| 12 | 11/11/2025 | Notice of Appearance (Brian H. Pollock, Esq.) | Exhibit F |
| 13 | 11/12/2025 | Notice of Appearance (Patrick Brooks LaRou, Esq.) | Exhibit G |
| 14 | 11/13/2025 | Verified Unopposed Motion for Admission Pro Hac Vice (Paul Kennedy) | Exhibit H |
| 16 | 11/24/2025 | Answer and Affirmative Defenses | ECF No. 1-3 |
| 17 | 12/02/2025 | Order Setting In-Person Evidentiary Hearing | ECF No. 1-4 |
| 18 | 12/02/2025 | Notice of Filing Notice of Removal | Exhibit I |
| 19 | 12/05/2025 | Order Placing Case on Inactive Status | Exhibit J |

Dated this 15th day of December 2025,

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
305.230.4884
Counsel for Defendant

2