IN THE ELEVENTH JUDICIAL CIRCUIT COURT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| | |
|---|---|
| CELEBRITY CRUISES, INC. and ROYAL CARIBBEAN CRUISES LTD., d/b/a ROYAL CARRIBEAN GROUP, | COMPLEX BUSINESS DIVISION |
| Plaintiffs, | CASE NO.: 2025-020399-CA-01 (CA 43) |
| vs. | |
| ANGEL CHRISTOPHER GOMEZ, | |
| Defendant. _____/ | |

## NOTICE OF APPEARANCE BY DEFENSE COUNSEL

Brian H. Pollock, Esq., of the FairLaw Firm, notices the Court and all parties of his appearance in this action as counsel for Defendant, Angel Christopher Gomez, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the address/email address below with a copy to juan@fairlawattorney.com.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was eFiled on this 11th day of November 2025, which will serve on Tyler A. Sims, Esq., and West A. Holden, Esq., LITTLER MENDELSON P.C. as *Counsel for Plaintiffs*, Tsims@littler.com, Wholden@littler.com 111 North Orange Avenue, Suite 1750, Orlando, FL 3280, and all others who appeared in this action.

        s/Brian H. Pollock, Esq.
        Brian H. Pollock, Esq.
        Fla. Bar No. 174742
        brian@fairlawattorney.com
        FAIRLAW FIRM
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:   305.230.4884
        *Counsel for Defendant*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com