IN THE ELEVENTH JUDICIAL CIRCUIT COURT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| | |
|---|---|
| CELEBRITY CRUISES, INC. and ROYAL CARIBBEAN CRUISES LTD., d/b/a ROYAL CARRIBEAN GROUP, | COMPLEX BUSINESS DIVISION |
| | CASE NO.: 2025-020399-CA-01 (CA 43) |
| Plaintiffs, | |
| vs. | |
| ANGEL CHRISTOPHER GOMEZ, | |
| Defendant. _____/ | |

## NOTICE OF APPEARANCE BY DEFENSE COUNSEL

Patrick Brooks LaRou, Esq., of the FairLaw Firm, notices the Court and all parties of his appearance in this action as counsel for Defendant, Angel Christopher Gomez, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the address/email address below.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through the Florida Courts E-Filing Portal this 12th day of November 2025, which will serve Tyler A. Sims, Esq. and West A. Holden, Esq., LITTLER MENDELSON P.C., as *Counsel for Plaintiffs*, Tsims@littler.com, Wholden@littler.com, 111 North Orange Avenue, Suite 1750, Orlando, Florida 32801, and all others who appeared in this action.

> s/ Patrick Brooks LaRou
> Patrick Brooks LaRou, Esq.
> Florida Bar No. 1039018
> brooks@fairlawattorney.com
> FAIRLAW FIRM
> 135 San Lorenzo Avenue, Suite 770
> Coral Gables, Florida 33146
> Telephone: (305) 230-4884
> *Counsel for Defendant*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*