**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
COMPLEX BUSINESS DIVISION**

CELEBRITY CRUISES, INC., and ROYAL CARIBBEAN CRUISES LTD., d/b/a ROYAL CARRIBEAN GROUP,

    Plaintiff,

v.

ANGEL CHRISTOPHER GOMEZ,
    Defendant.

CASE NO.: 2025-020399-CA-01

**PLAINTIFFS' VERIFIED UNOPPOSED MOTION FOR ADMISSION TO APPEAR PRO HAC VICE OF PAUL KENNEDY, PURSUANT TO FLORIDA RULE OF <u>JUDICIAL ADMINISTRATION 2.510</u>**

Paul J. Kennedy, Esquire ("Mr. Kennedy"), who pursuant to Rule 2.510 of the Florida Rules of Judicial Administration, and being duly sworn, submits this Verified Unopposed Motion for Permission to Appear Pro Hac Vice on behalf of Plaintiffs Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd, d/b/a Royal Caribbean Group, ("Plaintiffs"), in the above-styled action, and in support represents the following:

1. Mr. Kennedy resides in Bethesda, MD. Mr. Kennedy is not a resident of the State of Florida and is not, and has never been, a member of the Florida Bar.

2. Mr. Kennedy is an attorney and a shareholder in the law firm of LITTLER MENDELSON, P.C., located at 815 Connecticut Avenue, N.W., Suite 400, Washington, DC 20006, Office Telephone: (202) 414-6855.

3. Mr. Kennedy has been retained personally or as a member of the above-named law firm to provide legal representation in connection with the above-styled matter now pending before this Court.

4. Mr. Kennedy is an active member in good standing and currently eligible to practice law in the following jurisdiction(s): United States District Court for the District of Columbia, the United States District Court for the Eastern District of Virginia, the United States District Court for the Western District of Virginia, the United States District Court for the Maryland, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, and the United States Court of Appeals for the D.C. Circuit.

5. There are no disciplinary proceedings pending against Mr. Kennedy.

6. Within the past five (5) years, Mr. Kennedy has not been subject to any disciplinary proceedings.

7. Mr. Kennedy has never been subject to any suspension proceedings.

8. Mr. Kennedy has never been subject to any disbarment proceedings.

9. Mr. Kennedy, by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate Mr. Kennedy's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

10. Mr. Kennedy is not an inactive member of the Florida Bar.

11. Mr. Kennedy is not now a member of the Florida Bar.

12. Mr. Kennedy is not a suspended member of the Florida Bar.

13. Mr. Kennedy is not a disbarred member of the Florida Bar and has not received a disciplinary resignation from the Florida Bar.

14. Mr. Kennedy has not previously been disciplined or held in contempt by reason of misconduct committed while engaged in representation pursuant to Rule 1-3.11 of the Rules Regulating the Florida Bar.

15. During the past five (5) years, Mr. Kennedy has not filed a motion to appear as counsel in a Florida court.

16. Local counsel of record associated with Mr. Kennedy in this matter is Tyler A. Sims, Esq., who is an active member in good standing of the Florida Bar, and who is a lawyer with Littler Mendelson, P.C., and maintains an office at 111 N. Orange Avenue, Suite 1750, Orlando, Florida 32801 (Telephone: 407-393-2900).

17. Mr. Kennedy has read the applicable provisions of Rules 1-3.11 and 4-5.5 of the Rules Regulating the Florida Bar and certifies that this Motion complies with those rules.

18. Mr. Kennedy agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida.

19. Defendant's counsel has been conferred with regarding the relief requested in this Motion and has no objections.

WHEREFORE, Movant Paul Kennedy respectfully requests that this Court enter an Order permitting him to appear pro hac vice in this matter on behalf of Defendant.

November 13, 2025.                                 Respectfully submitted,

                By:    */s/ Tyler A. Sims*
                        Tyler A. Sims
                        Florida Bar No. 1048908
                        tsims@littler.com
                        West A. Holden, Esq.
                        Florida Bar No. 0113569
                        wholden@littler.com

        111 North Orange Avenue, Suite 1750
        Orlando, FL 32801.2366
        Tel: 407.393.2900
        Fax: 407.393.2929

        Paul J. Kennedy, Esq. (*pro hac vice* to be filed)
        Virginia Bar No. 29802
        pkennedy@littler.com
        815 Connecticut Avenue, N.W.
        Suite 400
        Washington, DC 20006
        Tel: 202.414.6855
        *Attorneys for Plaintiffs*

## **CBL RULE 4.3 CERTIFICATION**

I certify that Plaintiffs' counsel has conferred with Defendant's counsel as set forth below:

- **Date of Conference(s):** November 12, 2025.

- **Number of good faith efforts initiated (via fax, email or voicemail):** One email exchange.

- **Dates of such efforts:** November 12, 2025

- **Names of Participating Attorneys:** Tyler A. Sims and West Holden on behalf of Plaintiffs. Brian H. Pollock on behalf of Defendant.

- **Results Achieved:** Defendant does not oppose the relief requested in the foregoing Motion.

            */s/ Tyler A. Sims*
            Tyler A. Sims

4

## VERIFICATION OF PAUL J. KENNEDY

I, Paul J. Kennedy, do hereby swear and affirm under penalty of perjury that I am the Mr. Kennedy in the above-styled matter; that I have read the foregoing Motion and know the contents thereof, and the contents are true of my own knowledge and belief.

_____
Paul J. Kennedy, Esq.

**LITTLER MENDELSON, P.C.**
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20006
Office: (202) 414-6855

DISTRICT OF COLUMBIA )
                     ) ss:
                     )

The foregoing instrument was executed before me this 11th day of November, 2025, by Paul Kennedy, who is personally known to me and who took an oath.

_____
NOTARY PUBLIC
Type or Print Name of Notary: _____ BONNIE B. COILE
My Commission Expires: _____ Notary Public, District of Columbia
My Commission Expires 6/30/2030

5

**CONSENT TO DESIGNATION AS ASSOCIATED COUNSEL**

Tyler A. Sims, Esq. hereby consents to be associated as local counsel of record in this cause pursuant to Florida Rule of Judicial Administration 2.510.

*/s/ Tyler A. Sims*
Tyler A. Sims
Florida Bar No. 1048908

**LITTLER MENDELSON, P.C.**
111 North Orange Avenue
Suite 1750
Orlando, Florida 32801-2366
Office: (407) 393-2900
Primary E-mail: tsims@littler.com
Secondary E-mail: vlopez@littler.com


*/s/ Paul J. Kennedy*
Paul J. Kennedy (*Pro Hac Vice* to be filed*)*
State Bar VA No. 29802
Primary E-mail: pkennedy@littler.com
Secondary E-mail: bbcoile@littler.com

**LITTLER MENDELSON, P.C.**
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20006
Office: (202) 414-6855

6

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 13th day of November, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy via electronic mail to the following:

> Brian H. Pollock, Esq.
> Managing Attorney
> FairLaw Firm
> 135 San Lorenzo Avenue
> Suite 770
> Coral Gables, FL 33146
>
> *Attorney for Defendant Angel Christopher Gomez*

and I electronically served a copy of the foregoing PHV Motion to The Florida Bar, 651 E. Jefferson St., Tallahassee, FL 32399-2300 accompanied by a nonrefundable $250.00 filing fee made payable to The Florida Bar via website.

> */s/ Tyler A. Sims*
> Tyler A. Sims

4926-0848-1396.1 / 121947.1026