Filing # 237099674 E-Filed 12/05/2025 10:45:43 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2025-020399-CA-01
SECTION: CA43
JUDGE: Thomas J. Rebull

**CELEBRITY CRUISES, INC. and ROYAL CARIBBEAN, et al**

Plaintiff(s)

vs.

**ANGEL CHRISTOPHER GOMEZ**

Defendant(s)

_____/

**ORDER PLACING CASE ON INACTIVE STATUS - NOTICE OF REMOVAL**

Docket Index Number: **18**
Or
Efiling Number: _____  Date Filed: _____
Full Name of Motion: _____

This matter came before the Court, and the Court having been fully advised on its premises, has moved to place the case on **INACTIVE** status due to:

**[OTHR]**   Other (a reason must be provided in writing by the presiding judge or designee)
**Defendant filed a notice of removal of this action to Federal Court.**

The Clerk of Court is therefore directed to remove this case from the **ACTIVE** status, and designate it as an **INACTIVE** case category based on the reason checked above. The parties must return the case to active status by motion, with notice to all parties, within 30 days of the termination of grounds for inactive status, and seeking an order of court returning it to active status.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 5th day of December, 2025.

2025-020399-CA-01 12-05-2025 10:35 AM
Hon. Thomas J. Rebull

**CIRCUIT COURT JUDGE**
Electronically Signed

> No Further Judicial Action Required on **THIS MOTION**
>
> CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**

- Brian H Pollock: brian@fairlawattorney.com
- Brian H Pollock: juan@fairlawattorney.com
- Brian H Pollock: steffany@fairlawattorney.com
- Patrick Brooks LaRou: brooks@fairlawattorney.com
- Patrick Brooks LaRou: juan@fairlawattorney.com
- Tyler Sims: tsims@littler.com
- Tyler Sims: vlopez@littler.com
- West Holden: wholden@littler.com
- West Holden: evega@littler.com