UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:25-cv-25648-KMW-EAL

**CELEBRITY CRUISES, INC.** and
**ROYAL CARIBBEAN CRUISES LTD.,**
d/b/a **ROYAL CARIBBEAN GROUP**,

       Plaintiffs,

v.

**ANGEL CHRISTOPHER GOMEZ**,

       Defendant.

_____/

**PARTIES' JOINT NOTICE OF FILING EXHIBITS FROM HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. and Defendant Angel Christopher Gomez hereby file this Joint Notice, identifying the following exhibits used at the December 12, 2025 hearing on Plaintiff's Motion for Temporary Restraining Order.

| No. | Description | Offering Party |
| --- | --- | --- |
| P-1 | Verified Complaint with Exhibits | Plaintiffs |
| P-4 | March 5, 2025 Email from Angel Gomez | Plaintiffs |
| P-5 | 2025 RSU Agreement | Plaintiffs |
| P-6 | 2022 Non-Compete Agreement | Plaintiffs |
| P-8 | Facebook Message | Plaintiffs |
| D-B | WhatsApp Chat – Michelle Johnson Sharma | Defendant |
| D-Q | Text Messages with Jason Santelices (ECF No. 15-8) | Defendant |
| D-T | Royal Caribbean Earning Call Transcript July 29, 2025 (ECF No. 15-2) | Defendant |
| D-AA | Royal Caribbean 2025 Q2 Earnings Report 7.29.25 (*Added - ECF No. 15-4*) | Defendant |
| D-AB | Royal Caribbean 2025 Q3 Earnings Report 10.28.25 (*Added – ECF No. 15-6*) | Defendant |
| D-AC | Royal Caribbean Press Release 9.3.25 (*Added – ECF No. 15-9*) | Defendant |

Respectfully submitted this 17th  day of December, 2025,

/s/ Tyler A. Sims
Tyler A. Sims
Florida Bar No. 1048908
tsims@littler.com
West A. Holden, Esq.
Florida Bar No. 0113569
wholden@littler.com
111 North Orange Avenue, Suite 1750
Orlando, FL 32801.2366
Tel: 407.393.2900
Fax: 407.393.2929
Paul J. Kennedy, Esq. (*pro hac vice* to be filed)
Virginia Bar No. 29802
pkennedy@littler.com
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20006
Tel: 202.414.6855
Attorneys for Plaintiffs

and

s/Brian H. Pollock, Esq
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Telephone: (305) 230-4884
*Counsel for Defendant*