# P-4

# March 5, 2025 Email from Angel Gomez

Message

| | |
|---|---|
| **From**: | Angel Gomez [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A563D8035C3343598A6D056B7DF6BBBF-113005] |
| **Sent**: | 3/5/2025 12:31:59 PM |
| **To**: | Fowler, Nick [fowler.nick@bcg.com]; Nick Fowler [nickfowler@celebrity.com]; Scott Taylor [staylor@celebrity.com] |
| **CC**: | Michelle Johnson Sharma [mjohnson@celebrity.com]; Moreno Vicente, David [morenovicente.david@bcg.com]; Kate Ingraham [kingraham@celebrity.com]; Craig Hardeman [chardeman@celebrity.com]; Novellas, Justin [Novellas.Justin@bcg.com]; Kathy Barbrooke [kbarbrooke@celebritycruises.com]; Chuck Baker [chuckbaker@rccl.com]; Neil Weaver [nweaver@rccl.com] |
| **Subject**: | RE: [EXTERNAL] RE: Latest FAQs - Waitlist phase |

Welcome and thank you, Nick. Appreciate the strong collaboration.

-Angel

## Angel C. Gómez

**AVP, Consumer Outreach | Sales & Service**

786.356.0676
1080 Caribbean Way
Miami, FL 33132
celebritycruises.com

 

**From:** Fowler, Nick <fowler.nick@bcg.com>
**Sent:** Wednesday, March 5, 2025 12:26 PM
**To:** Angel Gomez <angelgomez@celebrity.com>; Nick Fowler <nickfowler@celebrity.com>; Scott Taylor <staylor@celebrity.com>
**Cc:** Michelle Johnson Sharma <mjohnson@celebrity.com>; Moreno Vicente, David <morenovicente.david@bcg.com>; Kate Ingraham <kingraham@celebrity.com>; Craig Hardeman <chardeman@celebrity.com>; Novellas, Justin <Novellas.Justin@bcg.com>; Kathy Barbrooke <kbarbrooke@celebritycruises.com>; Chuck Baker <chuckbaker@rccl.com>; Neil Weaver <nweaver@rccl.com>
**Subject:** [EXTERNAL] RE: Latest FAQs - Waitlist phase

**EXTERNAL EMAIL CAUTION:** "This email came from outside of RCG. Do not open attachments or click on links if you do not recognize the sender"

Thanks for the comments, Angel.

I have gone back and made some quick edits to the FAQ document to reflect your feedback – some of these were wording changes, some were additions of a couple net new questions. A few (such as in pricing) were not updated on purpose as we are still fleshing out the answers on the back end, so a more generic 'stay tuned' message will apply.

Also looping in via CC Kathy, Chuck, and Neil for visibility on FAQs for announcement and waitlist phases as well.

Thanks!
Nick Fowler

—

Nick Fowler
M +1 317 9031488



**From:** Angel Gomez <angelgomez@celebrity.com>
**Sent:** Tuesday, March 4, 2025 11:43 PM
**To:** Nick Fowler <nickfowler@celebrity.com>; Scott Taylor <staylor@celebrity.com>
**Cc:** Michelle Johnson Sharma <mjohnson@celebrity.com>; Moreno Vicente, David <morenovicente.david@bcg.com>; Kate Ingraham <kingraham@celebrity.com>; Craig Hardeman <chardeman@celebrity.com>; Fowler, Nick <fowler.nick@bcg.com>; Novellas, Justin <Novellas.Justin@bcg.com>
**Subject:** Re: Latest FAQs - Waitlist phase

EXTERNAL email from: angelgomez@celebrity.com

Hi Nick,

Thanks for sharing the latest version of the FAQs! It's great to see how the messaging is evolving as we move through the waitlist/conversion phase. I've reviewed the content, and I have a few thoughts on areas where we might want to refine responses or proactively address additional questions.

### Clarity on Deployment & Timeline

- The messaging around ship deployment and inaugural sailings is strong, but we might want to anticipate questions about specific itinerary details beyond just the general launch timing. Even if we can't provide full itineraries yet, setting clearer expectations on when those details will be available could be helpful.
- There's a reference to signing up for notifications—should we clarify what kind of updates customers can expect to receive and at what cadence?

### Booking & Pricing Transparency

- Since bookings will open in phases (announcement, waitlist, conversion), do we need to provide clearer differentiation between these phases to set expectations?
- Should we explicitly address potential pricing structures (e.g., if there will be dynamic pricing or introductory fares)? Guests may want to understand if they should book early for the best rates or if pricing will remain stable.
- It might also help to clarify whether loyalty program benefits (e.g., Captain's Club) will impact pricing or early booking access.

### Ship & Onboard Experience Details

- There are great callouts on accommodations and onboard offerings, but the references to "sophistication of Edge Class" could benefit from more tangible examples. Will there be signature Edge features, or is this more about service/style?
- Dining, entertainment, and enrichment programming are mentioned in general terms—should we consider giving more insight into the types of culinary experiences, cultural immersion, or entertainment style guests can expect? Even a high-level description could generate excitement.

**Policies & Flexibility Considerations**

- Some sections on transfers, Future Cruise Credit usage, and cancellation policies feel a bit reactive. Would it be worth adding a proactive statement that emphasizes booking flexibility or our commitment to customer-friendly policies?
-  If there are specific eligibility restrictions for Future Cruise Credits (e.g., from ocean cruises), we should highlight them to avoid potential confusion.

**Children & Family Considerations**

- The FAQs mention that there won't be dedicated children's activities, but do we want to clarify whether families with younger children are discouraged from booking or simply that the experience is more adult-focused?
- Are there any age restrictions for certain accommodations or excursions that should be called out?

Overall, the structure is strong, and I think we're covering the core areas well. These refinements could help ensure we're preemptively answering guest questions rather than needing to react later.

Hope this helps!

-Angel

# Angel C. Gómez

### AVP, Consumer Outreach | Sales & Service

786.356.0676

1080 Caribbean Way

Miami, FL 33132

celebritycruises.com

Get Outlook for iOS

**From:** Nick Fowler <nickfowler@celebrity.com>
**Sent:** Tuesday, March 4, 2025 2:29:55 PM

**To:** Scott Taylor <staylor@celebrity.com>; Angel Gomez <angelgomez@celebrity.com>
**Cc:** Michelle Johnson Sharma <mjohnson@celebrity.com>; Moreno Vicente, David <morenovicente.david@bcg.com>; Kate Ingraham <kingraham@celebrity.com>; Craig Hardeman <chardeman@celebrity.com>; Fowler, Nick <fowler.nick@bcg.com>; Novellas, Justin <Novellas.Justin@bcg.com>
**Subject:** Latest FAQs - Waitlist phase

Hi Scott and Angel -

Thanks for the time in the working session earlier today.

I wanted to send along the latest version of the FAQs that we have updated through the waitlist/conversion phase. Some areas may still change, but wanted to show you both latest.

As of now, the messaging that is in play is the "Announcement" tab, which would then convert to the messaging on the "waitlist" tab when the waitlist goes live (target: May 19). So for now, would want to limit

From your points of expertise handling the messaging for our res agents, it would be helpful to get a **quick review of these and get any additional input on either A) additional questions we should have a perspective on answering or B ) any changes / builds on existing answers to these FAQs.**

Please give me a shout on Teams if I can be helpful answering any questions on these. Thanks!

Best,
Nick Fowler

CONFIDENTIALITY NOTE: This message may contain confidential or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking any action in reliance on these contents is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this e-mail and then delete it from your system.

---

The Boston Consulting Group, Inc.

This e-mail message may contain confidential and/or privileged information. If you are not an addressee or otherwise authorized to receive this message, you should not use, copy, disclose or take any action based on this e-mail or any information contained in the message. If you have received this material in error, please advise the sender immediately by reply e-mail and delete this message.
We may share your contact details with other BCG entities and our third party service providers. Please see BCG privacy policy https://www.bcg.com/about/privacy-policy.aspx for further information.
Thank you.