# P-8

# Facebook Message

