# D-B

# WhatsApp Chat - Michelle Johnson Sharma

[3/10/25, 8:42:50 PM] Michelle Johnson Sharma: Messages and calls are end-to-end encrypted. Only people in this chat can read, listen to, or share them.
[3/10/25, 8:42:50 PM] CAG: Hi Michelle, Something is wrong with my WhatsApp-I had to reset it. Would you mind removing me and adding me back to our group? So sorry!
[3/11/25, 1:06:16 AM] Michelle Johnson Sharma: Will do — did you see my earlier message?
[3/11/25, 1:06:34 AM] Michelle Johnson Sharma: <attached: 00000004-PHOTO-2025-03-11-01-06-34.jpg>
[3/11/25, 4:01:35 AM] CAG: No, I hadn't seen your message… Noted now.
[3/11/25, 4:01:46 AM] CAG: Thank you for re-adding me <This message was edited>
[3/11/25, 4:07:30 AM] CAG: I'll make sure she spoke to Neil yesterday. She and I chatted with Christina and we agreed she would reach out to Megan, Neil, Will, and Gabe, before telling anyone else and I informed her that I had communicated with you and I gave guidance on the move forward plan:
1. Acquire the current JD from Comp
2. Edit the JD to reflect true job duties of the role
3. Add nuances like "remote role, that requires in office presence and supports AVP, Sr Director, and Sales and Service Directors. With support/contributions to GCC VP and VP admin role."
4. I'll share it with you for final approval and then send it off to post immediately to have Soraya and Megan start pre-screening the candidates for all of us to interview (process can take 60 days from beginning to end-including posting, recruiting, and screening time).
[3/11/25, 4:08:40 AM] CAG: I also said that this role may be part of a broader announcement, so the announcement ETA would be determined from the broader GCC communications as we have other structural announcements that we would like to package.
[3/11/25, 4:20:13 AM] CAG: <attached: 00000009-PHOTO-2025-03-11-04-20-12.jpg>
[3/11/25, 4:46:49 AM] Michelle Johnson Sharma: Are you able to call me when you get a chance so we get on the same page about next steps for Nico and Soraya ahead of direct reports meeting
[3/11/25, 5:10:54 AM] CAG: Voice call, 34 min
[3/11/25, 10:51:13 AM] CAG: <attached: 00000012-PHOTO-2025-03-11-10-51-13.jpg>
[3/11/25, 10:51:14 AM] CAG: <attached: 00000013-PHOTO-2025-03-11-10-51-13.jpg>
[3/11/25, 10:51:49 AM] CAG: As we shift our focus to OB, IB did a quick presentation on all that's worked for them to improve the team's results.
[3/11/25, 10:53:28 AM] CAG: <attached: 00000015-PHOTO-2025-03-11-10-53-27.jpg>
[3/11/25, 11:59:30 AM] Michelle Johnson Sharma: Great stuff!! How did it go down?!
[3/11/25, 2:57:12 PM] CAG: Very well and everyone was inspired. We made sure to have everyone get inspired by them

[3/13/25, 5:13:49 AM] CAG: Good afternoon
[3/13/25, 5:15:57 AM] CAG: On Friday (tomorrow), I'm going to be
driving up to Disney World with London just to do something for a
portion of her spring break. I'm still going to be working since it's
a drive up and my dad's gonna be driving the car and I'll just be
working from my laptop, so there's no change in my business, but I
just wanted to give you the heads up that I'll be on the road after
12. We'll be back Sunday night.
[3/13/25, 8:50:07 AM] CAG: <attached: 00000020-
PHOTO-2025-03-13-08-50-06.jpg>
[3/13/25, 8:50:08 AM] CAG: <attached: 00000021-
PHOTO-2025-03-13-08-50-07.jpg>
[3/13/25, 8:50:14 AM] CAG: Lunch ride 😂
[3/17/25, 3:49:15 AM] CAG: Good morning, hope you had a great holiday!
Quick check in for me this week:
- Started the BetterUp program last Friday morning with AMS and the
other leaders in the program. It was a great kickoff. I already
downloaded the coaching up and took the preliminary test ( similar to
what we did for Enneagram). I start my 1:1 coaching this afternoon
with coach Karey.
- We are working on the IT issue re dining restricting us from
finalizing a booking.
- I may have to work from home the first half of the week next week.
My dad needs to go in to do some checkups on her sternum from post op
issues he's having from his heart surgery. I may be offline for bits,
but I'll be active responding to emails as I can. Makes my mom
nervous, and he needs someone to support him and her. If this is not
possible please LMK.
- OBR trading is ready to go.
- I have all my details for Kathy's driver plan update this week. We
are monitoring the impact of removing TSS base skills from our MX Web
agents. While ensuring we have a solid backup in place, as we are
understaffed right now.
[3/17/25, 3:50:17 AM] CAG: Please keep this between us, but my dad is
feeling a "clicking" sound in his sternum so he needs to get it
checked out accordingly. It can just be healing processes taking
place, but he's obviously worried.
[3/17/25, 3:55:56 AM] CAG: One last thing, are you okay if I hire
Illiett the consultant trainer that Katina's team uses for XLED. Hotel
Ops, Sales and other areas have used her. She comes in and focuses on
key areas of leadership development and helps set the tone for further
planning. I would like for her to kickoff the week with the leaders to
help us enter an evolutionary mindset as we take CO to the next, post
us coming together. Her fee for half day is around $4,500. She's
already setup as a vendor, so we would pay her through invoice. Please
let me know if you approve.
[3/17/25, 4:25:21 AM] Michelle Johnson Sharma: Can I see the brief and
outputs, and understand the specifics for CO to justify the cost vs
the other departments.. also how will this dovetail with the work
Chucks team is doing and the HR resources - it all needs to be joined

up and understood by all.

[3/17/25, 4:25:56 AM] Michelle Johnson Sharma: No problem re your Dad – hope he's OK pls let Megan know which days you're in and which days are remote

[3/17/25, 5:15:20 AM] CAG: Noted. Will do and understand

[3/17/25, 5:15:47 AM] CAG: Thank you and will do. Hoping so too 🙏

[3/17/25, 11:44:33 PM] Michelle Johnson Sharma: Morning Angel.. I have three presentations today so need a block of time to run through them so I moved our catch up to end of day.. I maybe able to move it back if the prep goes well.. thanks for being flexible we have lots to go through 👍

[3/18/25, 4:15:59 AM] CAG: Good morning ☀️ all good! That time works for me.

[3/18/25, 6:19:12 AM] CAG: Today was my deadline to show improvement MoM. #3AtYourService

[3/18/25, 1:04:50 PM] Michelle Johnson Sharma: I'm free now if you are?

[3/18/25, 1:05:15 PM] Michelle Johnson Sharma: Driving home from office

[3/18/25, 1:06:59 PM] Michelle Johnson Sharma: If not we can stick to arranged time

[3/18/25, 1:18:13 PM] CAG: I was in my staff meeting

[3/18/25, 1:18:19 PM] CAG: I can run to my office now

[3/18/25, 1:18:29 PM] CAG: Are you still available?

[3/18/25, 1:25:11 PM] Michelle Johnson Sharma: Give me 5 mins just walking in my house

[3/18/25, 1:28:21 PM] CAG: Cool deal.

[3/21/25, 9:23:53 AM] Michelle Johnson Sharma: Hi Angel, I've completed your Better Up questionnaire. My internet kept crashing so I thought I'd lost my first submission so I did it again before it crashed again and so now it looks duplicative – wanted to explain incase you thought I'd lost the plot!

[3/21/25, 9:47:48 AM] CAG: Hi Michelle, Thank you so much! All good– now I get double the feedback 😂

[3/21/25, 10:11:28 AM] CAG: <attached: 00000043-PHOTO-2025-03-21-10-11-27.jpg>

[3/25/25, 4:50:38 AM] Michelle Johnson Sharma: Wishing your Dad all the best today! Hope everything goes well and results are positive 🙏

[3/25/25, 4:53:13 AM] Michelle Johnson Sharma: Regarding the Jennifer offer letter if there is any pushback or she doesn't accept let me know so we can consider a token gesture but hopefully the brand pull and the work from home will be enough or she wouldn't have applied in the first place.. keep me posted!

[3/25/25, 6:21:08 AM] CAG: Thank you! 🙏

[3/25/25, 6:21:44 AM] CAG: Absolutely! Will do.

[3/26/25, 5:59:04 AM] Michelle Johnson Sharma: Morning Angel – I'll be in office after the Ewan meeting.. are you in today? If so see you later

[3/26/25, 6:12:00 AM] CAG: Good morning, Still with dad this morning…
I'll be on the calls—thankfully all went well yesterday and today is
the last bit. Next step is playing the waiting game for results. I'll
be in tomorrow at the port for Soraya's retirement celebration. Hoping
you can stop by—Megan has the details.

[3/26/25, 6:14:56 AM] Michelle Johnson Sharma: Yes 💯 I will! I have a
card for her too and some gifts from Nina <This message was edited>

[3/26/25, 6:18:44 AM] CAG: Woohoo! 🥳 Thank you 🙏

[3/26/25, 6:19:16 AM] CAG: Her backfill role was posted internally and
externally here are the links in case you want to share. I just posted
on LinkedIn

[3/26/25, 6:19:25 AM] CAG: Internal Link: https://
performancemanager4.successfactors.com/sf/jobreq?
jobId=15476&company=royalcarib
External Link: https://jobs.royalcaribbeangroup.com/job-invite/15476/

[3/26/25, 6:20:15 AM] CAG: Before you comment, I'm having HR fix the
part where they added "inside sale" into the description. They are
meeting with me early next week.

[3/26/25, 6:20:30 AM] CAG: 😁

[3/27/25, 8:56:26 AM] CAG: It's the Soraya party not Neil

[3/28/25, 2:34:12 AM] CAG: Good morning, Last night, I spoke with Gabe
regarding some team members in Mexico who were asking whether
attendance is mandatory for the product immersion trips, as they have
logistical challenges, such as childcare, school schedules,
financials, or mental health considerations.

I shared with him that, if I were in his position, I would strongly
encourage them to attend. This immersion is a valuable investment in
their development, especially since they work remotely full-time.
Additionally, this initiative was requested by the team themselves to
help strengthen their brand expertise.

That said, if you prefer to make attendance optional rather than
strongly encouraged, please let me know. I do think it's important
from an optics standpoint that leadership actively participates.

The two employees in question are:
        •        Supervisor: Maria de Lourdes Mata Morales
        •        Team Captain: Mara Sanchez

Looking forward to your thoughts.

[3/28/25, 5:01:38 AM] Michelle Johnson Sharma: I think this is about
helping and supporting them through the issues, truly understanding
what the issues are and explaining this is an investment in their
development — I appreciate the notice is short and so if you can have
Gabe understand and solve, one option could be to work with Neil if
it's too late to have them switch out with the second ship visit so we
get a full 20 on each. Let me know 👌 <This message was edited>

[3/28/25, 5:04:35 AM] Michelle Johnson Sharma: If they have already

RSVP'd yes and are now saying they have issues we need to explain flight tickets may already have been issued… work with Neil directly as we'll need to learn from this and tighten on the next comms
[3/28/25, 5:25:25 AM] CAG: Sounds good! Will do.
[3/28/25, 7:12:18 AM] CAG: The new inbound sales supervisor in Manila accepted with no raise. 🤝🤝
[3/28/25, 10:03:47 AM] CAG: FYI: Carlisle has the Orlando Ritz on F&F for $304 a night if you all want to go up.
[3/28/25, 10:03:59 AM] CAG: LMK if you want to get away from Ultra…
[3/28/25, 10:18:03 AM] Michelle Johnson Sharma: Thank you.. Amit gets back late tonight so I'll ask him in the morning 🙏
[3/28/25, 10:42:11 AM] CAG: 👍👍👍
[3/28/25, 3:40:31 PM] CAG: Happy Friday, just a quick update—100% of my team's goal inputs are complete in the system, aside from the ones that aren't due them being out of office for extended periods of time or on leave (Ex: Manila doesn't let us terminate quickly even if they've been a no show for an extended period). Let me know if you need anything else!
[3/28/25, 4:06:33 PM] Michelle Johnson Sharma: If you give Christina a list of those names they will remove them from the list!
[3/28/25, 4:08:50 PM] CAG: We gave them to Megan and she consolidated for us. She told me she was collating for you. I'll make sure it gets to Christina.
[4/1/25, 3:16:51 PM] CAG: We think you pulled pax and NTR for all years vs 2025.
[4/1/25, 3:17:12 PM] CAG: 2025 still reflects the numbers we have up
[4/1/25, 3:17:53 PM] Michelle Johnson Sharma: I never change my query?! I'll take another look
[4/1/25, 3:17:59 PM] Michelle Johnson Sharma: Send me your screen print
[4/1/25, 3:18:07 PM] Michelle Johnson Sharma: Have you selected North America only?
[4/1/25, 3:34:15 PM] CAG: Yes, NA only
[4/1/25, 3:34:39 PM] CAG: Driving now…. I'll open and share when I get home in 40 mins
[4/1/25, 4:20:57 PM] Michelle Johnson Sharma: Ok 👍
[4/1/25, 4:24:20 PM] CAG:
[4/1/25, 4:24:20 PM] CAG: <attached: 00000078-PHOTO-2025-04-01-16-24-19.jpg>
[4/1/25, 4:24:20 PM] CAG: <attached: 00000079-PHOTO-2025-04-01-16-24-19.jpg>
[4/1/25, 4:27:36 PM] Michelle Johnson Sharma: Hmm. I'll check mine when I get home too, let's compare tomorrow and cross check with what revenue report on also something is a miss I'll be in early also
[4/1/25, 4:29:29 PM] CAG: Sounds good! See you there and happy to change the numbers to match yours.
[4/2/25, 4:36:33 AM] CAG: Buenos días, tu asistente de analíticas está en la oficina 🙂

[4/3/25, 8:21:38 AM] CAG:
[4/3/25, 8:21:39 AM] CAG: <attached: 00000084-
PHOTO-2025-04-03-08-21-38.jpg>
[4/3/25, 8:21:39 AM] CAG: <attached: 00000085-
PHOTO-2025-04-03-08-21-38.jpg>
[4/3/25, 2:32:53 PM] Michelle Johnson Sharma: Let's discuss tomorrow
as I don't feel this is down to me to decide, if you don't feel we
should do it then own that decision with him.. the piece that concerns
me is why he feels entitled to it in the first place and what was lost
in translation at the time the job was offered that he felt he was/is
entitled to it. If this was poorly communicated and understood then
this is where I assume he feels entitled.. let's discuss tomorrow and
then put this to bed!
[4/3/25, 2:39:36 PM] CAG: Sounds good. We can take a few minutes
tomorrow when we are at the event.
[4/3/25, 2:41:05 PM] Michelle Johnson Sharma: I agree the amount is
tiny — let's just align so the right principles are set. See you
tomorrow
[4/3/25, 3:22:41 PM] CAG: 10-4. See you tomorrow 🖐
[4/4/25, 5:15:12 AM] CAG: Good morning, I'm going to be getting ready
for the luncheon during our river call. I'll be off camera…
[4/4/25, 5:15:44 AM] CAG: The apps are are saying it's about 1.5 hours
to get to key Biscayne this morning.
[4/4/25, 8:04:24 AM] Michelle Johnson Sharma: My ETA is 11.29 finished
calls and now in uber
[4/5/25, 7:22:51 AM] CAG: Let me know when you all will be at the hard
rock today.
[4/5/25, 2:56:17 PM] Michelle Johnson Sharma: Haha we didn't go.. we
changed our plans and will go another time
[4/8/25, 2:38:02 AM] CAG: Good morning Michelle! Just wanted to give
you a quick update from yesterday. The CO slides have been submitted,
we're using a one-pager to highlight high-level performance and
current superlatives for the department, then moving into the
evolutionary elements and our "service wave."

Trading slides are almost wrapped up; we're just finalizing the pieces
you asked us to add. I'll send you a full email update before we head
out for our team building (there's still time to join us for tree
climbing and the ropes course!).

Lastly, we had to split the time with the leadership development
speaker, yesterday ran a little long with team presentations and to-
dos, so she'll be back Wednesday between 1-4 pm to finish up. She's
confirming when she can do the last hour. We'll be at the port today
and tomorrow, so feel free to pop in and meet her if you're around!
[4/8/25, 10:44:32 AM] CAG: Karla Ramirez Olivares is the TC that came
up as an example… I didn't want to share her name at work since she
was on other teams.
[4/10/25, 9:08:33 AM] Michelle Johnson Sharma: Voice call, 6 sec
[4/11/25, 4:42:53 PM] CAG: <attached: 00000098-

PHOTO-2025-04-11-16-42-53.jpg>
[4/11/25, 4:43:29 PM] CAG: Conversation about comp went great with Will…. Nice message from him just now. Hope you have a great weekend and hope you feel better soon.
[4/11/25, 4:43:39 PM] CAG: Thank you for your guidance this week.
[4/15/25, 6:50:51 PM] CAG: Quick update on Lisa D (DGS Supervisor). She had her surgery for skin cancer today. All went home and she's finally home recovering. Has to go back in two weeks to have sutures removed. We'll send her get well flowers tomorrow
[4/16/25, 5:42:04 AM] CAG: <attached: 00000102-PHOTO-2025-04-16-05-42-03.jpg>
[4/17/25, 2:06:52 PM] CAG: Just a quick heads-up—Paola in Mexico has submitted her resignation. She shared that she's planning to go back to school and pursue a career in health and fitness. She was very thoughtful about it and wants to leave on good terms, so she's giving us plenty of notice. Estelle is already working with HR to sort out the details.
[4/17/25, 5:38:36 PM] Michelle Johnson Sharma: Ok thanks does she have a succession plan?
[4/17/25, 5:38:52 PM] Michelle Johnson Sharma: I thought Paola was Estelle's succession?
[4/17/25, 5:44:19 PM] CAG: We do have a succession plan and yes, we had her slated for that.
[4/17/25, 5:45:09 PM] CAG: Gabe is working through it all with HR.
[4/18/25, 8:03:49 AM] Michelle Johnson Sharma: Hi Angel.. voice has completely gone again now so I'm going to rest.. quick question however Megan says recruiters are dragging their feet on the BO Ass. Role 😂 (not the best abbreviation) - what is the latest please?
[4/18/25, 8:14:54 AM] CAG: I'm going to call the role that moving forward… 😖

That's right… Ale went on vacation shortly after sharing the resumes with me, which I promptly reviewed with Neil. Together, we narrowed the list based on salary expectations, CVs, and responses to the pre-screening questions. Ale then left for her FAM cruise, but didn't mention she'd also be observing Holy Week this week. When I followed up with Maria, I learned the Mexico office is closed for the holiday.

So now we're in a bit of a holding pattern until their team returns next week. Once they're back, they'll begin screening the candidates we selected, and from there, Neil and I (we're conducting interviews jointly) will schedule interviews. As a result, we're looking at roughly a two-week delay in our original timeline.
[4/18/25, 8:15:51 AM] Michelle Johnson Sharma: Is there no one else who can jump in?
[4/18/25, 8:16:26 AM] Michelle Johnson Sharma: Megan has her flight booked for first week May to help with onboarding.. as it's an internal role could we still make use of this time and cost?
[4/18/25, 8:16:52 AM] Michelle Johnson Sharma: She can't come two weeks later as I'll be in UK

[4/18/25, 8:17:10 AM] Michelle Johnson Sharma: We need to think through logistics of that
[4/18/25, 8:26:50 AM] CAG: I tried escalating it to Maria, she said she'd do her best, but they're firm about observing the holiday. I'll go ahead and email them now and make sure we wrap everything up next week to keep things moving quickly. I've already emphasized all these points to them.
[4/18/25, 8:30:14 AM] Michelle Johnson Sharma: Ask them to provide you their best timeline so we can look to rebook flights
[4/18/25, 8:30:22 AM] Michelle Johnson Sharma: If you haven't already
[4/18/25, 8:34:45 AM] CAG: I have… it's sitting in their emails and teams. I'm pushing—promise. 🙏
[4/18/25, 10:43:25 AM] CAG: Update on Pao/Succession planning:

Just wanted to share a quick update on how we're thinking about backfilling Paola's role, of course, all of this depends on how interviews go and final decisions, but this is the ideal path forward.

Right now, Mara (Lisa's TC) is the frontrunner to be promoted into the Supervisor role. She just won CoE and is really ready for the next step. I'd also like to open it up a bit and encourage Shelley (Pat's TC) to apply. She's based in the US and the role is in MX, but given how limited leadership opportunities are stateside right now, I don't think that should hold her back, and we could rebalance salary—wise by backfilling her with an offshore hire. That said, it still feels like Mara's spot to lose.

Assuming that's the case, we'd have an internal TC opening, actually two, since Kristha is also hiring. My top pick for the role would be Javier Cosca (also a recent CoE winner), who's also based in MX. We've got a strong bench, so I'm confident it'll be a competitive process.

As for Paola's OBR partnership responsibilities, we'd shift those to Lisa. I really feel good about our ability to keep things running smoothly even with Paola's departure.
[4/18/25, 11:07:20 AM] CAG: I also just spoke to her and her heart is set in leaving. She feels like she's still young enough to take risks and try new work opportunities before staying with RCG her whole career. It is what it is…
[4/22/25, 12:50:45 PM] CAG: Everyone is good 👍 We stayed on after you signed off and they are in a good place. Please make sure you review trading slides, I had Nico send them. <This message was edited>
[4/24/25, 2:01:51 PM] Michelle Johnson Sharma: Voice call, 3 min
[4/24/25, 2:09:44 PM] CAG: Voice call, No answer
[4/25/25, 1:22:07 AM] CAG: Good morning, Megan reached out to me yesterday to share that Carolina Casanova had contacted her regarding the possibility of vacating our desks and my office earlier than originally agreed upon, potentially by a week or two, though I don't recall the exact timeframe.

I explained that several team members are currently in Manila, and we've already transitioned our meetings to Weston in alignment with the plan approved by you and HR. Adjusting the timeline at this stage would be disruptive, given the existing arrangements and travel schedules.

In an effort to be flexible, I suggested that Marjory might be able to assist in Carolina's absence, but I understand from Carolina (via Megan) that this isn't feasible. I also reiterated the importance of ensuring that the team doesn't feel rushed or displaced, and encouraged Megan to revisit the matter with you directly.

For context, this would be some employees (Will, Nico, Ralph, etc.) third desk move this year. In my view, altering a formally communicated timeline so close to implementation is less than ideal, especially considering that scheduled absences should have been factored in during the initial planning stages (Carolina's planned time off).

I'm leaving this with you for direction, but wanted to share my perspective
[4/25/25, 4:28:23 AM] Michelle Johnson Sharma: The plan is the plan.. timeline is May 9 according to facilities – Tiffany is the owner of the plan, if there is a request to change it then bring it into the group for consideration, what is the formal request date from Carolina?
[4/25/25, 4:30:02 AM] Michelle Johnson Sharma: The timeline has been driven by facilities availability
[4/25/25, 4:46:00 AM] CAG: I'm not certain of the exact dates, as I can't recall. However, she was essentially expecting both herself and our team to handle the entire move, rather than allowing Facilities to take care of it. In the past, when I moved from the 6th floor to the 3rd, Facilities managed everything. The same was true when we relocated your office.
[4/25/25, 4:46:49 AM] Michelle Johnson Sharma: Facilities are managing it! Katina has obviously not communicated it correctly to her..
[4/25/25, 4:47:05 AM] Michelle Johnson Sharma: Facilities gave us the date of May 9
[4/25/25, 4:47:13 AM] Michelle Johnson Sharma: Katina and I have signed off on it
[4/25/25, 4:52:25 AM] CAG: Exactly. That's what I thought, that's why I told Megan to talk to you before agreeing to anything. As this was not Carolina nor my decision to make.
[4/26/25, 1:57:27 AM] CAG: Good morning, Michelle, As you head to Manila, I wanted to share some thoughts on how we can thoughtfully backfill my role and continue building on the team's momentum.

I recommend having both Gabe and Will report directly to you in the interim. This would give you the opportunity to personally assess who is best suited for the next step. While I have a view today on who is

stronger, it's important to leave space for both to evolve, often when people are hungry for growth, they step up in ways we might not have anticipated. You wouldn't need to explicitly outline the situation to them; those who are ready for senior roles will recognize the opportunity and show it through their actions.

To support the day-to-day operations during the transition, Scott can assist in covering my current responsibilities. I'll provide you with a detailed list of my duties to make sure nothing is missed.

Separately, considering Scott's eventual retirement in the coming years, now is a good time to begin right-sizing the organization. I would recommend shifting Mallory and her RES team over to CO Service to better align the servicing functions across RES and DGS. This also allows us to subtly test the multi-channel agent model, which could be a strategic approach for the future.

Additionally, I suggest separating Jeremy and Mallory organizationally. Given their relationship, splitting their reporting lines will allow each of them to pursue growth and development independently, without potential complications. DGS Service continues to offer many opportunities for lead development, providing Mallory's team with room to expand their skills.

Due to the increasing number of decks and the broader resourcing needs within the Direct Commercial piece of the brand, I would recommend promoting Nico into a higher support role, reporting directly to whoever ultimately takes over my responsibilities (the job description for this role is already complete). His role can be revisited later once broader organizational decisions are finalized.

Throughout all of this, it will be important to maintain strong, visible support for CO to avoid any flight risks or unnecessary concerns. Even though I know the team is in excellent hands, they need to feel that stability and confidence from leadership during the transition.

Mallory's move would not only strengthen CO Service but also provide her with valuable exposure to the sales side of the business, continuing her development. Ben and Estelle both have high regard for her, having previously reported to her, which will help ensure a smooth transition. As Estelle eventually moves out of her role, this will open an opportunity either to generate savings or to reframe the structure with a manager role offshore.

Finally, if a promotion opportunity happens within the Sales side, I would recommend shifting Gabe over to Sales and still moving forward with bringing Mallory to CO. This would allow us to optimize talent placement across the organization while maintaining strong leadership in both areas.

The team is performing exceptionally well despite the current global economic challenges. Keeping them motivated and feeling secure will be critical to ensuring another strong year of success.

Of course, these are just suggestions for your consideration. I simply wanted to offer some food for thought as you finalize your plans.

Lastly, it may also be an opportune time to consider either folding the UK into the existing structure or establishing a dedicated international segment. If it were my decision to make, I would recommend developing a long-term plan to globalize each component of GCC individually, rather than creating a standalone international division. This approach would address the ongoing organizational challenge of having certain parts of the business operating on the periphery of the U.S. structure, and would better integrate global operations into the overall strategy. Especially as we move into a world with synchronized systems.

Safe travels!
—Angel
[4/26/25, 6:31:12 AM] Michelle Johnson Sharma: Thanks for the thoughtful and comprehensive recommendation, most of it is in line with my current thought process so that is encouraging, I'm going to flush it out this week and then we'll come back together as a team on Friday 2nd ahead of declaring your resignation to HR/Team etc.. how you feeling about it now it's real and settled in?
[4/26/25, 6:31:43 AM] Michelle Johnson Sharma: When is your team meeting w/c Monday 5th?
[4/26/25, 7:15:59 AM] CAG: I'm really glad to hear we're aligned. I'm feeling positive about the decision now that it's settled—just tough personally because of the relationships; I appreciate your support through the process.
[4/26/25, 7:16:10 AM] CAG: Not sure I understand?
[4/26/25, 7:22:44 AM] CAG: If you mean staff meeting it would be Tuesday the 6th.
[4/26/25, 8:01:44 AM] Michelle Johnson Sharma: Ok let's aim to be ready with announcement and talking points for then
[4/26/25, 10:00:57 AM] CAG: Noted. 🤝🤝
[5/1/25, 8:16:17 AM] CAG: Hi Michelle, a few people from Sales have asked if it's true that I've resigned and will be here through the end of the month. I think it's best to share the news with my team soon to avoid them hearing it from anyone other than us. Let me know what you think.
[5/1/25, 1:27:48 PM] Michelle Johnson Sharma: How would they know that? This is really disappointing
[5/1/25, 1:28:06 PM] Michelle Johnson Sharma: We will share with your team as soon as we've spoken
[5/1/25, 1:28:55 PM] Michelle Johnson Sharma: I've not told a soul…
[5/1/25, 1:29:06 PM] Michelle Johnson Sharma: Who is asking you?

[5/1/25, 1:30:24 PM] Michelle Johnson Sharma: Also I have not 'officially' accepted your resignation and passed it to HR yet so right now nothing is to be said!
[5/1/25, 1:36:48 PM] CAG: I am on the same page as you… Susana, and Jen Suarez asked in person and Cynthia asked via text.
[5/1/25, 1:37:15 PM] CAG: <attached: 00000146-PHOTO-2025-05-01-13-37-15.jpg>
[5/1/25, 1:38:02 PM] CAG: Somehow they know.
[5/1/25, 1:38:21 PM] CAG: <attached: 00000148-PHOTO-2025-05-01-13-38-20.jpg>
[5/1/25, 1:38:22 PM] Michelle Johnson Sharma: How would they know?
[5/1/25, 1:38:44 PM] CAG: I have no idea. I figured you had said something and Katina told them
[5/1/25, 1:38:56 PM] Michelle Johnson Sharma: Not said a word to anyone
[5/1/25, 1:38:59 PM] CAG: Your guess is as good as mine.
[5/1/25, 1:39:10 PM] CAG: Well they know.
[5/1/25, 1:39:50 PM] Michelle Johnson Sharma: Have you secured a role with an ex sales person?! This would be my guess <This message was edited>
[5/1/25, 1:39:55 PM] CAG: I'm just keeping you in the loop, because that group is team radio 📻
[5/1/25, 1:40:34 PM] CAG: Nope… and I haven't told my potentially new employer how much time I gave you. Only you and our GCC team know. <This message was edited>
[5/1/25, 1:40:50 PM] CAG: Whoever shared is within RCG
[5/1/25, 1:41:31 PM] CAG: I keep my word. And I am following your lead.
[5/1/25, 1:44:48 PM] CAG: I'll wait until Tuesday. Just know these people don't keep secrets well.
[5/1/25, 1:51:37 PM] Michelle Johnson Sharma: Ok well it's almost Friday ignore them until we officialize with your team on Monday as we need to regroup with talking points etc.. where are you going? That should be in the talking points as the team will want to know
[5/1/25, 1:53:21 PM] CAG: Understood…. I am not ready to discuss where I am going. As I have options to consider.
[5/1/25, 1:53:40 PM] CAG: Just focused on skilling the team to handle things without me.
[5/1/25, 1:53:49 PM] Michelle Johnson Sharma: Ok then can you create a talking point to this question so that it's solid
[5/1/25, 1:54:01 PM] CAG: Will do.
[5/1/25, 1:54:42 PM] Michelle Johnson Sharma: Just at the gate in Dubai I should be home around midday tomorrow if everything is on time
[5/1/25, 1:54:59 PM] CAG: Safe travels
[5/1/25, 1:55:14 PM] CAG: Here is my note I have typed up:

With Deep Gratitude and Exciting New Horizons

Dear Friends and Colleagues,

After nearly 18 years, it's incredibly bittersweet to be writing this note. As I move into the next exciting chapter of my life, I want to take a moment to reflect with deep appreciation on everything we've accomplished together — and the friendships that have truly become the foundation of my career journey.

If you've ever been in my office, you've probably seen the framed quote that Nancy Cziske gifted me years ago. She knew how much these words meant to me — words that have guided me both personally and professionally. And as anyone who works with her knows, Nancy is truly one of a kind — a steady force of brilliance, heart, and dedication. The TSS team simply couldn't function without her, and I am so grateful for everything she does for all of us every single day.

I'd love to share the quote again here, not as advice to leave anything behind, but as a reminder to embrace every opportunity with passion and to live life to the fullest:

"This is your life. Do what you love, and do it often. If you don't like something, change it. If you don't like your job, quit. If you don't have enough time, stop watching TV. If you are looking for the love of your life, stop; they will be waiting for you when you start doing things you love. Stop over-analyzing, life is simple. Every last bite. Open your mind, arms, and heart to new things and people, we are united in our differences. Ask the next person you see what their passion is, and share your inspiring dream with them. Travel often; getting lost will help you find yourself. Some opportunities only come once, seize them. Life is about the people you meet, and the things you create with them. So go out and start creating. Life is short. Live your dream and share your passion."

This quote reminds me that every day is a gift — an opportunity to live our best lives, stay focused on what truly matters, and keep a broader perspective on the journey ahead.

I am so incredibly grateful for all the memories, milestones, and moments we've shared. To the amazing Global Contact Center teams in Manila, Wichita, Mexico, and South Florida — you are part of the very fabric of my career lift. Your dedication, hard work, and heart have been instrumental in shaping not just what we accomplished, but who we became as a team.

A special thank you to Michelle — your leadership has been nothing short of inspiring. Thank you for being a true professional who leads with both heart and strategy. Your vision for the future is powerful, and I'm so excited to cheer you and the team on from afar as you bring even more incredible plans to life.

To Megan — a big hug and endless thanks for being the diamond we all need in our lives. Your light shines bright, and it's been a gift to

work alongside you.
To Gabe, Will, and Nico — you guys have got this! I can't wait to see
you thrive and make amazing things happen.
To Jamie — thank you for showing up every day authentically and
unapologetically. You inspire me — truly, I want to be like you when I
grow up.

A special shoutout to Laura (LHB) — your vision, passion, and
incredible network across the company have helped our brand accomplish
so much. You have been a major driver of our success and impact, and
I'm deeply grateful for your partnership and leadership.

To my current team — you all are absolutely killing it. Keep setting
those records, keep pushing boundaries — you are best-in-class in
every way.

To my Wichita family, who have been with me for over a decade — thank
you for welcoming the "Miami guy" with open arms and hearts, helping
transform me into a proud Midwesterner. Your authenticity, passion,
and care have meant more than you'll ever know.
To Kathy — I will miss our legendary banter! Only we know the depth of
our friendship and the love we have for each other and our families.
You are going to be the world's best grandma — I just know it.
Neil — our fabulous newbie — I'm excited for all you'll accomplish.
Your attention to detail and heart for the work will help the team
achieve even greater heights.
Scott — thank you for the years of friendship and for showing us the
importance of family first. Watching you care for your mother with
such grace and love has been inspiring.

There are so many more of you who I will reach out to personally —
each of you has left a permanent mark on my heart.

It's a thrilling time for RCG/Celebrity and the incredible momentum
you all have built. The team is thriving, breaking records, and moving
toward even greater success. I know the best is yet to come, and
that's why this feels like the right time to pass the baton —
everything is in such great hands.

Thank you for being part of my journey. Thank you for your friendship,
your belief, and your partnership. Keep living your dreams. Keep
making magic. Keep sharing your passion.

I'll be cheering you on every step of the way.

With deep gratitude and endless admiration,
[5/1/25, 1:55:30 PM] CAG: That's what I plan on sending and happy to
edit as you deem appropriate.
[5/1/25, 2:15:19 PM] Michelle Johnson Sharma: OK thanks for sharing… I
don't love the first line of the quote 'if you don't like your job

quit' suggests you're quitting as you don't like your job.. I would abbreviate the quote and take this bit out, especially if you're going to have Laura in copy.. I think it sends a mixed message if you keep it in

[5/1/25, 2:16:08 PM] Michelle Johnson Sharma: I'm boarding now and offline for next 17 hours so speak tomorrow pm 🤞

[5/1/25, 2:29:22 PM] CAG: Have a safe flight and I will edit it.

[5/2/25, 7:12:32 AM] CAG: <attached: 00000172-PHOTO-2025-05-02-07-12-32.jpg>

[5/2/25, 7:13:24 AM] Michelle Johnson Sharma: Ok thanks just landed

[5/2/25, 7:13:28 AM] Michelle Johnson Sharma: I'll call Laura now

[5/2/25, 7:13:57 AM] Michelle Johnson Sharma: Also were you in the port office yesterday

[5/2/25, 7:15:38 AM] CAG: Yes, I was

[5/2/25, 7:16:07 AM] CAG: I was in Weston through Wednesday, which is why I probably didn't hear it.

[5/2/25, 7:16:28 AM] Michelle Johnson Sharma: Did they pack your office up yesterday? Could that have sparked anything?

[5/2/25, 7:16:32 AM] CAG: Jen and Susan came into my office first thing to ask

[5/2/25, 7:16:46 AM] CAG: I packed my office at 5 pm

[5/2/25, 7:16:56 AM] CAG: And so did the rest of our team to get ready for the move

[5/2/25, 7:17:08 AM] CAG: Nico, Danny and Will were packing too

[5/2/25, 7:17:32 AM] CAG: Katina knew the details that I had resigned and given a month.

[5/2/25, 12:37:29 PM] Michelle Johnson Sharma: Hi Angel.. ok Laura and HR have been updated, I've connected with Katina and Tiff will join our session in a second to go through comms plan

[5/2/25, 12:39:13 PM] Michelle Johnson Sharma: Scott will join once we've discussed your bit

[5/3/25, 4:09:07 AM] Michelle Johnson Sharma: https://www.groupgreeting.com/sign/6ec282a63a409e3

[5/3/25, 5:04:54 AM] CAG: Just signed. Thank you 🙏

[5/3/25, 5:40:35 AM] CAG: <attached: 00000188-PHOTO-2025-05-03-05-40-35.jpg>

[5/3/25, 5:41:20 AM] CAG: Check your email… I had an extra Formula 1 ticket and I gifted it to you. My friend's husband runs the event and she gave us tickets. It's worth $450

[5/3/25, 5:53:17 AM] CAG: Voice call, 4 min

[5/3/25, 6:18:34 AM] Michelle Johnson Sharma: Thanks so much for thinking of us, my friend also got us tickets for tomorrow. Today we have a late lunch with friends and dinner out so don't think we'll have time to use it… have fun.. hope the weather stays dry it's pissing down here! See you next week 😊

[5/3/25, 6:32:07 AM] CAG: Welcome and enjoy your weekend! We will bring our umbrellas ☂️😌

[5/3/25, 8:05:08 AM] CAG: You deleted this message.

[5/4/25, 9:59:44 AM] CAG: <attached: 00000194-

PHOTO-2025-05-04-09-59-44.jpg>

[5/4/25, 10:02:13 AM] Michelle Johnson Sharma: Amazing!! 🤩

[5/4/25, 10:02:57 AM] Michelle Johnson Sharma: Has Tiffany sent you the comms plan.. I received it and gave some amends this morning.. I'll send it to you when I get home later all as discussed on Friday

[5/4/25, 10:06:26 AM] CAG: 💯

[5/4/25, 10:07:22 AM] CAG: Just double checked and I haven't. I figured we would want to get it right. Right now I'm working on loading last week's stats to the shared Monday updates doc.

[5/5/25, 5:23:17 AM] Michelle Johnson Sharma: Voice call, 47 sec

[5/5/25, 5:24:39 AM] CAG: Voice call, No answer

[5/5/25, 5:24:56 AM] Michelle Johnson Sharma: Hang on stuck in the car park with dodgy signal

[5/5/25, 5:26:46 AM] Michelle Johnson Sharma: Voice call, 9 min

[5/5/25, 5:57:33 AM] Michelle Johnson Sharma: Voice call, 57 sec

[5/6/25, 5:33:50 PM] CAG: Hi Michelle, Do you want me to start my day in Miramar with you and then I drive to the port? So we meet in person for my 1:1?

[5/6/25, 5:34:10 PM] Michelle Johnson Sharma: Yeah that's a good idea

[5/6/25, 5:36:28 PM] CAG: Okay 👍 See you there.

[5/7/25, 5:49:42 AM] CAG: Good morning 😃

[5/7/25, 5:49:53 AM] CAG: Where are you sitting so I can meet you there

[5/7/25, 5:50:00 AM] CAG: Driving to you

[5/7/25, 5:58:07 AM] Michelle Johnson Sharma: Just figuring that out.. possibly Rene's office but if not it'll be a meeting on 2nd floor let you know

[5/8/25, 12:33:33 PM] Michelle Johnson Sharma: <attached: 00000211-PHOTO-2025-05-08-12-33-33.jpg>

[5/21/25, 4:21:05 AM] Michelle Johnson Sharma: Morning!! What is your favourite type of food?

[5/21/25, 6:21:36 AM] CAG: Good morning 😃 Sushi 🍣 #1, Greek #2, Italian #3 😊

[5/22/25, 5:14:28 AM] Michelle Johnson Sharma: Looking forward to seeing you later!! 👋

[5/22/25, 5:26:46 AM] CAG: Likewise! 😃

[5/23/25, 3:14:35 AM] Michelle Johnson Sharma: <attached: 00000216-PHOTO-2025-05-23-03-14-35.jpg>

[5/23/25, 3:14:35 AM] Michelle Johnson Sharma: <attached: 00000217-PHOTO-2025-05-23-03-14-35.jpg>

[5/23/25, 3:15:44 AM] Michelle Johnson Sharma: Hope you had fun last night! Best of luck for your travels — I'll call you before you go!

[5/23/25, 4:13:54 AM] CAG: Had a great time and thank you for hosting and for making it special! Enjoy the Nissan, it's been good to me.

[5/23/25, 10:52:49 AM] Michelle Johnson Sharma: I'm so pleased, wanted an appropriate send off for you!!

[5/25/25, 7:06:51 AM] Michelle Johnson Sharma: Missed voice call, Tap

to call back
[5/25/25, 7:07:35 AM] CAG: I thought you forgot about me :) Can I call you back in a bit?
[5/25/25, 7:07:47 AM] Michelle Johnson Sharma: Never forget!!
[5/25/25, 7:07:54 AM] Michelle Johnson Sharma: Yes I am around all day!
[5/25/25, 7:08:03 AM] CAG: Okay… I'll call you back.
[5/25/25, 11:13:51 AM] CAG: Voice call, 45 min
[6/14/25, 10:50:04 AM] Michelle Johnson Sharma: Hi Angel! How's it going?
[6/14/25, 10:50:36 AM] Michelle Johnson Sharma: I'm headed to Wichita soon.. need me to take anything over there?
[6/14/25, 10:50:44 AM] Michelle Johnson Sharma: Week after next
[6/14/25, 11:38:33 AM] CAG: Hey! Things are going well, how about you? Thanks so much for offering, I think I'm all good. If anything, maybe you could grab the goodbye memory book from Megan? I can pick it up from you when I'm in Florida in August. Appreciate it!
[6/14/25, 11:40:59 AM] CAG: And please say hi to everyone for me!
[6/14/25, 1:18:03 PM] Michelle Johnson Sharma: Yes all good here! I'll grab the book and connect when I'm back from UK end of July!
[6/14/25, 1:27:44 PM] CAG: Thank you ❤️
[6/15/25, 5:26:24 AM] Michelle Johnson Sharma: Happy Fathers Day! Hope you're able to get some London FaceTime
[6/15/25, 8:39:12 AM] CAG: Thank you! 🙏 Looking forward to it.
[7/14/25, 7:36:35 AM] CAG: <attached: 00000236-AUDIO-2025-07-14-07-36-34.opus>
[8/4/25, 7:24:15 AM] CAG: <attached: 00000237-PHOTO-2025-08-04-07-24-15.jpg>
[8/4/25, 7:43:55 AM] Michelle Johnson Sharma: Heyyyy I only just saw this?! Thank you so much for the singing 🎵 😂 we must catch up soon! Congrats on the new role, very happy for you!! let's get a date in
[8/4/25, 7:51:54 AM] CAG: I thought the singing was so bad that you ignored it 😂

Thank you and absolutely! Does 8/28 or 8/29 work?

08:06

◀ Outlook

< 3

**Chris Angel Gomez**
last seen today at 03:43

14:57

Hi Angel... before you update your team in direct reports tomorrow.. please make sure you update Neil as Soraya supports him also.. I spoke with HR and we've added her position to the list to discuss in direct reports this week as have an opportunity to backfill with a different title/scope..

21:23 ✓✓

**Today**

Hi Michelle, Something is wrong with my WhatsApp-I had to reset it. Would you mind removing me

7:19    📞 5:40

‹ **30**

Soraya Lopez Personal ›

**New Contact Name**
Soraya Lopez                    Update    ✕

Good morning, I couldn't sleep, but I'm still very happy for you. 🥹🥹🥹

I wanted to make sure that you spoke to Neil, Gabe, and Will before we announce to everyone else. I also think you should connect with Michelle at some point today, at least via teams.

Just want to get our ducks in row

Delivered

Good morning!  Sorry I'm not letting you sleep 🥹. Yes, I did talk to Gabe, Will and Neil yesterday.

I'll definitely reach out to Michelle today

 **Michelle Johnson Sharma**
last seen today at 9:00 AM

will allow each of them to pursue growth and development independently, without potential complications. DGS Service continues to offer many opportunities for lead development, providing Mallory's team with room to expand their skills.

Due to the increasing number of decks and the broader resourcing needs within the Direct Commercial piece of the brand, I would recommend promoting Nico into a higher support role, reporting directly to whoever ultimately takes over my responsibilities (the job description for this role is already complete). His role can be revisited later once broader organizational decisions are finalized.

Throughout all of this, it will be importa...

**Read more**                        1:57 AM ✓✓

Thanks for the thoughtful and comprehensive recommendation, most of it is in line with my current thought process so that is encouraging, I'm going to flush it out this week and then we'll come back together as a team on Friday 2nd ahead of declaring your resignation to HR/Team etc.. how you feeling about it now it's real and settled in?
6:31 AM

When is your team meeting w/c Monday 5th?
6:31 AM

I'm really glad to hear we're aligned. I'm feeling positive about the decision now

9:54

< 27   **Michelle Johnson Sharma**
last seen today at 9:00 AM

Sat, Apr 26

Thu, May 1

Hi Michelle, a few people from Sales have asked if it's true that I've resigned and will be here through the end of the month. I think it's best to share the news with my team soon to avoid them hearing it from anyone other than us. Let me know what you think.   8:16 AM ✓✓

**You**
Hi Michelle, a few people from Sales have asked if it's true that I've resigned and will be here through the end of the month. I think it's best to share the...

How would they know that? This is really disappointing   1:27 PM

We will share with your team as soon as we've spoken   1:28 PM

I've not told a soul...   1:28 PM

Who is asking you?   1:29 PM

Also I have not 'officially' accepted your resignation and passed it to HR yet so right now nothing is to be said!   1:30 PM

I am on the same page as you... Susana, and Jen Suarez asked in person and Cynthia asked via text.   1:36 PM ✓✓

Cynthia
Today 12:27 PM

9:51

**Michelle Johnson Sharma**
last seen today at 9:00 AM

< 27

**Mon, Jul 14**

Today 7:23 AM

Hi Angel, this is Coral Springs Nissan 9543882343 notifying you that it may be time for your first recommended service. Please reply to this text or visit us online at: https://www.coralspringsnissan.com/schedule-service.html to schedule an appointment, Thanks. Reply STOP to OptOut.

GM, FYI

7:24 AM ✓✓

👍

**You**

🎤 0:19

Heyyyy I only just saw this?! Thank you so much for the singing 🎵 😂 we must catch up soon! Congrats on the new role, very happy for you!! let's get a date in

7:43 AM

9:52

**Michelle Johnson Sharma**
last seen today at 9:00 AM

< 27

Sat, Jun 14

Hi Angel! How's it going?  10:50 AM

I'm headed to Wichita soon.. need me to take anything over there?  10:50 AM

Week after next  10:50 AM

Hey! Things are going well, how about you? Thanks so much for offering, I think I'm all good. If anything, maybe you could grab the goodbye memory book from Megan? I can pick it up from you when I'm in Florida in August. Appreciate it!  11:38 AM ✓✓

👍

And please say hi to everyone for me!  11:40 AM ✓✓

👊

Yes all good here! I'll grab the book and connect when I'm back from UK end of July!  1:18 PM


Sat, Apr 26

Good morning, Michelle, As you head to Manila, I wanted to share some thoughts on how we can thoughtfully backfill my role and continue building on the team's momentum.

I recommend having both Gabe and Will report directly to you in the interim. This would give you the opportunity to personally assess who is best suited for the next step. While I have a view today on who is stronger, it's important to leave space for both to evolve, often when people are hungry for growth, they step up in ways we might not have anticipated. You wouldn't need to explicitly outline the situation to them; those who are ready for senior roles will recognize the opportunity and show it through their actions.

To support the day-to-day operations during the transition, Scott can assist in covering my current responsibilities. I'll provide you with a detailed list of my duties to make sure nothing is missed.

Separately, considering Scott's eventual retirement in the coming years, now is a good time to begin right-sizing the organization. I would recommend shifting Mallory and her RES team over to CO Service to better align the servicing functions across RES and DGS. This also



**Michelle Johnson Sharma**
last seen today at 9:00 AM

provide you with a detailed list of my duties to make sure nothing is missed.

Separately, considering Scott's eventual retirement in the coming years, now is a good time to begin right-sizing the organization. I would recommend shifting Mallory and her RES team over to CO Service to better align the servicing functions across RES and DGS. This also allows us to subtly test the multi-channel agent model, which could be a strategic approach for the future.

Additionally, I suggest separating Jeremy and Mallory organizationally. Given their relationship, splitting their reporting lines will allow each of them to pursue growth and development independently, without potential complications. DGS Service continues to offer many opportunities for lead development, providing Mallory's team with room to expand their skills.

Due to the increasing number of decks and the broader resourcing needs within the Direct Commercial piece of the brand, I would recommend promoting Nico into a higher support role, reporting directly to whoever ultimately takes over my responsibilities (the job description for this role is already complete). His role can be revisited later once broader organizational decisions are finalized.