# D-Q

# Text Messages with Jason Santelices
# (ECF No. 15-8)

**Jason Santelices Royal**

iMessage
Thu, May 15 at 8:35 AM

Jason Santelices

👍
Saved

Thu, May 15 at 10:08 AM

👍
Same on this end

Fri, Sep 5 at 6:05 PM

Hi 👋

How are you?

Sat, Sep 6 at 7:41 AM

Tried calling you back

Tue, Sep 9 at 12:42 PM

Hey Angel, let me know what time would be good for us to reconnect

Hi, I'm on west coast time now... so call me when you get out of work later today

Tue, Sep 9 at 5:21 PM

I just got your voicemail. Give me a call when you have a few minutes

Stephanie Deaton, Scenic, Sr. Director









**Jason Santelices Royal**

> he left our team

> When I was there

Got it

👍

> So the situation lent itself to that

What's your take on her? I know she's not for everyone. She's a tough cookie

> She and I did well together, because I get along with anyone, but from what I've heard she's not well loved or respected. I never reported to her, Dondra left, and I was moved to report to Laura while Michelle Johnson came onboard so it's not anything that impacted me.

> To me she was always solid and helped me.

> Her stuff stems from insecurity and lack of trust

She is a control freak

> I've heard her and her sister are similar

And yes, if you produce, she leaves you













