UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25648-WILLIAMS/LETT

CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES, LTD.
d/b/a ROYAL CARIBBEAN GROUP,

    Plaintiff,
v.

ANGEL CHRISTOPHER GOMEZ,

    Defendant.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT

    Samuel Gonzalez, Esq. of FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Defendant, Angel Christopher Gomez, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Respectfully submitted this 17th day of December 2025,

                                                       s/ Samuel G. Gonzalez
                                                       Samuel G. Gonzalez, Esq.
                                                       Florida Bar No. 1011323
                                                       samuel@fairlawattorney.com
                                                       **FAIRLAW FIRM**
                                                       135 San Lorenzo Avenue, Suite 770
                                                       Coral Gables, Florida 33146
                                                       Telephone: (305) 230-4884
                                                       *Counsel for Defendant*