**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.: 1:25-cv-25648-KMW-EAL**

**CELEBRITY CRUISES, INC. and**
**ROYAL CARIBBEAN CRUISES LTD.,**
**d/b/a ROYAL CARIBBEAN GROUP**,

       Plaintiffs,

  v.

**ANGEL CHRISTOPHER GOMEZ**,

       Defendant.

_____/

**PLAINTIFFS' NOTICE OF FILING PROPOSED REPORT AND RECOMMENDATION ON PLAINTIFFS' EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd., pursuant to the Court's instruction at the December 12, 2025 evidentiary hearing, hereby submit their proposed report and recommendation granting Plaintiffs' Expedited Motion for a Temporary Restraining Order. [ECF No. 4]. A copy of the proposed report and recommendation is attached hereto as Exhibit 1.

Respectfully submitted this 17th day of December, 2025,

       */s/ Tyler A. Sims*
       Tyler A. Sims
       Florida Bar No. 1048908
       tsims@littler.com
       West A. Holden
       Florida Bar No. 0113569
       wholden@littler.com
       111 North Orange Avenue, Suite 1750
       Orlando, FL 32801.2366
       Tel: 407.393.2900

       Paul J. Kennedy (*pro hac vice* to be filed)
       Virginia Bar No. 29802
       pkennedy@littler.com
       815 Connecticut Avenue, N.W., Suite 400
       Washington, DC 20006
       Tel: 202.414.6855

Attorneys for Plaintiffs