UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25648-WILLIAMS/LETT

CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES, LTD.
d/b/a ROYAL CARIBBEAN GROUP,

    Plaintiffs,

vs.

ANGEL CHRISTOPHER GOMEZ,

    Defendant.
_____/

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT AND PROPOSED SCHEDULING ORDER**

THIS CAUSE, having come before the Court on the parties' Joint Motion for Extension of Time to file Joint Scheduling Report and Proposed Scheduling Order [ECF No. 30], and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.

The parties shall file their Joint Scheduling Report and Proposed Scheduling Order within fourteen days of the Court's Order on Plaintiffs' Expedited Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 4].

DONE AND ORDERED in Chambers on this \_\_\_\_\_ day of December 2025.

                                                           _____
                                                           KATHLEEN M. WILLIAMS
                                                           UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*