UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25648-WILLIAMS/LETT

CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES, LTD.
d/b/a ROYAL CARIBBEAN GROUP,

      Plaintiff,
v.

ANGEL CHRISTOPHER GOMEZ,

      Defendant.
_____/

**NOTICE OF FILING
DEFENDANT'S PROPOSED REPORT AND RECOMMENDATION ON
PLAINTIFFS' EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION
(Submitted By Email December 17, 2025)**

      Defendant, Angel Christopher Gomez, notices the Court and all parties of the filing of Defendant's Proposed Report and Recommendation on Plaintiff's Expedited Motion For Temporary Restraining Order and Preliminary Injunction, which he submitted to the Court by email on December 17, 2025.

      Dated this 29th day of December 2025,

                                        s/Brian H. Pollock, Esq.
                                        Brian H. Pollock, Esq. (174742)
                                        brian@fairlawattorney.com
                                        Patrick Brooks LaRou, Esq. (1039018)
                                        brooks@fairlawattorney.com
                                        Samuel G. Gonzalez, Esq. (1011323)
                                        samuel@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Avenue, Suite 770
                                        Coral Gables, FL 33146
                                        305.230.4884

*Counsel for Defendant*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*