UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25648-WILLIAMS/LETT

CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES, LTD.
d/b/a ROYAL CARIBBEAN GROUP,

    Plaintiff,
v.

ANGEL CHRISTOPHER GOMEZ,

    Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

Samuel G. Gonzalez of FairLaw Firm hereby gives notice to the Court and all parties of record of a change of address. This filing is submitted to comply with SDFL LR 11.1(g) and CM/ECF Administrative Procedures 3D. Please update the court records and the CM/ECF system to reflect the following contact information:

Attorney Name: Samuel G. Gonzalez, Esq. // Firm Name: FAIRLAW FIRM

Street Address: 135 San Lorenzo Avenue, Suite 770 // City, State, Zip: Coral Gables, Florida 33146

Telephone: (305) 230-4884 // Email: samuel@fairlawattorney.com

All future pleadings, notices, and correspondence should be directed to the address above.

Respectfully submitted this 31st day of December 2025,

s/ Samuel G. Gonzalez
Samuel G. Gonzalez, Esq.
Florida Bar No. 1011323
samuel@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
Counsel for Defendant
