UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 25-25648-CIV-WILLIAMS

**CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES LTD.,
d/b/a ROYAL CARIBBEAN GROUP**,

    Plaintiffs,

v.

**ANGEL CHRISTOPHER GOMEZ**,

    Defendant.
_____/

## SCHEDULE JOINTLY PROPOSED BY THE PARTIES

THIS MATTER is set for trial for the week of March 22, 2027. The Parties propose to adhere to the following schedule:

| | |
|---|---|
| February 6, 2026 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| March 6, 2026 | The Parties shall file motions to amend pleadings or join Parties. |
| August 7, 2026 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| August 28, 2026 | The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| September 11, 2026 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |

|  |  |
|---|---|
| October 5, 2026 | The Parties shall complete all discovery, including expert discovery. |
| August 28, 2026 | The Parties shall complete mediation and file a mediation report with the Court. |
| December 4, 2026 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| December 4, 2026 | The Parties shall file all motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), or for any another reason. If a favorable ruling on the motion(s) would be case dispositive, however, all such motions must be filed by the dispositive motion deadline. |
| February 8, 2027 | The Parties shall each file one motion in limine. All motions in limine must be filed at least six (6) weeks before calendar call. |
| March 12, 2027 | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials). |
| March 8, 2027 | The parties shall submit their deposition designations. |

| | |
|---|---|
| LITTLER MENDELSON P.C.<br>Attorneys for Plaintiffs | FAIRLAW FIRM<br>Attorneys for Defendant |
| */s/ Tyler A. Sims*<br>Tyler A. Sims<br>Florida Bar No. 1048908<br>tsims@littler.com<br>West A. Holden<br>Florida Bar No. 0113569<br>wholden@littler.com<br>111 North Orange Avenue, Suite 1750<br>Orlando, FL 32801.2366<br>Tel:    407.393.2900<br>Fax:   407.393.2929<br><br>Paul J. Kennedy (*pro hac vice* to be filed)<br>Virginia Bar No. 29802<br>pkennedy@littler.com<br>815 Connecticut Avenue, N.W.<br>Suite 400<br>Washington, DC 20006<br>Tel:    202.414.6855 | */s/ Brian H. Pollock*<br>Brian H. Pollock, Esq. (174742)<br>brian@fairlawattorney.com<br>Patrick Brooks LaRou, Esq.<br>brooks@fairlawattorney.com<br>Samuel C. Gonzalez, Esq.<br>samuel@fairlawattorney.com<br>135 San Lorenzo Avenue, Suite 770<br>Coral Gables, FL 33146<br>Telephone: (305) 230-4884 |