UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:25-cv-25648-KMW-EAL

**CELEBRITY CRUISES, INC. and**
**ROYAL CARIBBEAN CRUISES LTD.,**
**d/b/a ROYAL CARIBBEAN GROUP**,

      Plaintiffs,

v.

**ANGEL CHRISTOPHER GOMEZ**,

      Defendant.

_____/

**MOTION FOR ADMISSION *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

      In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Paul J. Kennedy, Esquire of the law firm of Littler Mendelson, P.C. located at 815 Connecticut Avenue, N.W., Suite 400, Washington, DC 20006, office telephone (202) 414-6855, for purposes of appearance as co-counsel on behalf of Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd., d/b/a Royal Caribbean Group in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Paul J. Kennedy to receive electronic filings in this case, and in support thereof states as follows:

      1.     Paul J. Kennedy is not admitted to practice in the Southern District of Florida and is a member in good standing of the following jurisdictions: United States District Court for the District of Columbia, the United States District Court for the Eastern District of Virginia, the United States District Court for the Western District of Virginia, the United States District Court for the Maryland, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, and the United States Court of Appeals for the D.C. Circuit.

      2.     Movant, Tyler A. Sims, Esquire, of the law firm of Littler Mendelson, P.C. located at 111 North Orange Avenue, Suite 1750, Orlando, Florida 32801, office telephone (407) 393-

2900, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

       3.       In accordance with the local rules of this Court, Paul J. Kennedy has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

       4.       Paul J. Kennedy, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Paul J. Kennedy at email address: PKennedy@littler.com.

       WHEREFORE, Tyler A. Sims, moves this Court to enter an Order Paul J. Kennedy, to appear before this Court on behalf of Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd., d/b/a Royal Caribbean Group, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Paul J. Kennedy.

Dated: March 6, 2026                              Respectfully submitted,

                                                */s/ Tyler A. Sims*
                                                Tyler A. Sims, Esq.
                                                Florida Bar No. 1048908
                                                tsims@littler.com
                                                LITTLER MENDELSON P.C.
                                                111 North Orange Avenue, Suite 1750
                                                Orlando, FL 32801.2366
                                                Tel:    407.393.2900
                                                Fax:   407.393.2929

                                                Attorneys for Plaintiffs