**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.: 1:25-cv-25648-KMW-EAL**

**CELEBRITY CRUISES, INC. and**
**ROYAL CARIBBEAN CRUISES LTD.,**
**d/b/a ROYAL CARIBBEAN GROUP,**

        Plaintiffs,

  v.

**ANGEL CHRISTOPHER GOMEZ,**

        Defendant.

_____/

## <u>CERTIFICATION OF PAUL J. KENNEDY, ESQUIRE</u>

    Paul J. Kennedy, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of United States District Court for the District of Columbia, the United States District Court for the Eastern District of Virginia, the United States District Court for the Western District of Virginia, the United States District Court for the Maryland, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, and the United States Court of Appeals for the D.C. Circuit; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Dated: March 6, 2026                */s/ Paul J. Kennedy* _____

                                  Paul J. Kennedy