UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25648-WILLIAMS/LETT

CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES, LTD.
d/b/a ROYAL CARIBBEAN GROUP,

    Plaintiff,

v.

ANGEL CHRISTOPHER GOMEZ,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF STRIKING**
**(ECF NO. 44)**

Defendant, Angel Christopher Gomez, notifies the Court and all parties of the striking of Defendant's Rule 26(a) Disclosures [ECF No. 44] due to the scrivener's errors contained therein.

Respectfully submitted this 13th day of March 2026,

          s/Brian H. Pollock, Esq
          Brian H. Pollock, Esq. (174742)
          brian@fairlawattorney.com
          FAIRLAW FIRM
          135 San Lorenzo Avenue, Suite 770
          Coral Gables, Florida 33146
          Telephone: (305) 230-4884
          *Counsel for Defendant*