**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.: 1:25-cv-25648-KMW-EAL**

**CELEBRITY CRUISES, INC. and**
**ROYAL CARIBBEAN CRUISES LTD.,**
**d/b/a ROYAL CARIBBEAN GROUP**,

        Plaintiffs,

   v.

**ANGEL CHRISTOPHER GOMEZ**,

        Defendant.

_____/

## WEST HOLDEN'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY FOR PLAINTIFFS

COMES NOW, West Holden, of Littler Mendelson, P.C., pursuant to Rules 7.1(a)(1)(F) and 11.1(d)(3) of the Local Rules of the United States District Court, Southern District of Florida, respectfully moves the Court for leave to withdraw as counsel of record Plaintiffs Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. ("Plaintiffs"). In support of this Motion, Mr. Holden states as follows:

1. Current counsel of record for Plaintiffs are Tyler A. Sims, Paul J. Kennedy, and West Holden of the law firm, Littler Mendelson, P.C.

2. Mr. Holden will be leaving the firm effective March 23, 2026. Therefore, Mr. Holden respectfully requests leave to withdraw as counsel of record for Plaintiffs and to no longer be associated with this case henceforth.

3. The withdrawal of Mr. Holden will not prejudice either party, and Plaintiffs Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. will continue to be represented by Tyler A. Sims and Paul J. Kennedy of the law firm, Littler Mendelson, P.C.

4.      This Motion will also not delay any deadlines in this case.

5.      In compliance with Southern District of Florida Local Rules 7.1(a) and 11.1(d)(3), undersigned counsel has provided prior notice to all parties, including specifically Plaintiffs Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. Plaintiffs Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. consent to Mr. Holden's withdrawal.

6.      In addition, counsel for Defendant does not object to the requested withdrawal.

7.      A proposed Order granting this relief requested is submitted contemporaneously herewith. *See* Exhibit A.

Wherefore, West Holden respectfully requests the Court grant his Motion for Leave to Withdraw as Counsel for Plaintiffs, permitting Mr. Holden to withdraw as counsel of record.

## CERTIFICATE OF CONFERRAL

Pursuant to Local 7.1(a)(3), I hereby certify that counsel for the movant has conferred with all parties who may be affected by the relief sought in this motion, and counsel for the Defendant does not oppose this motion.

Dated: March 18, 2026                    Respectfully submitted,


                                         */s/ West Holden*
                                         Tyler A. Sims
                                         Florida Bar No. 1048908
                                         tsims@littler.com
                                         West A. Holden
                                         Florida Bar No. 0113569
                                         wholden@littler.com
                                         111 North Orange Avenue, Suite 1750
                                         Orlando, FL 32801.2366
                                         Tel: 407.393.2900

Paul J. Kennedy (*pro hac vice* to be filed)
Virginia Bar No. 29802
pkennedy@littler.com
815 Connecticut Avenue, N.W., Suite 400
Washington, DC 20006
Tel: 202.414.6855

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY certify that on the 18th day of March 2026, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on Defendant's counsel of record.

*/s/ West Holden*
West Holden

3