UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:25-cv-25648-KMW-EAL

CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES LTD.,
d/b/a ROYAL CARIBBEAN GROUP,

      Plaintiffs,

   v.

ANGEL CHRISTOPHER GOMEZ,

      Defendant.

_____/

## ORDER ON WEST HOLDEN'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF

THIS CAUSE came before the Court on counsel West Holden's Motion for Leave to Withdraw as Counsel for Plaintiffs. Neither Defendant nor Plaintiffs object to the relief sought. It is hereby **ORDERED** that West Holden's Motion for Leave to Withdraw as Counsel for Plaintiffs is **GRANTED**. The Clerk of Court shall discharge Mr. Holden as counsel of record for Plaintiff. Tyler A. Sims and Paul J. Kennedy, of Littler Mendelson, P.C., shall remain as counsel for Defendant.

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** in Chambers at Miami, Florida, on ___ day of March 2026.

                              _____
                              **KATHLEEN M. WILLIAMS**
                              **UNITED STATES DISTRICT JUDGE**

4918-1688-4629