**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No. 25-25648-CIV-WILLIAMS**

CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES LTD.,
d/b/a ROYAL CARIBBEAN GROUP,

          Plaintiffs,

    v.

ANGEL CHRISTOPHER GOMEZ,

          Defendant.

_____/

## JOINT MOTION FOR LEAVE TO SELECT AN UNCERTIFIED MEDIATOR

Pursuant to the Court's Scheduling Order [ECF No. 41], Plaintiffs, Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. d/b/a Royal Caribbean Group, and Defendant, Angel Christopher Gomez, by and through their respective undersigned attorneys, respectfully move for leave of Court to select uncertified mediator Scott Callen to mediate this matter, and state as follows:

1. On February 26, 2026, the Court entered a Scheduling Order. (ECF No. 41).

2. Pursuant to the Scheduling Order, the parties are required to select a mediator on the Certified Mediator List, schedule a time, date, and place for mediation, and jointly file a notice informing the Court of same. (ECF No. 41, § II). However, the Court noted that if the specific circumstances of this case warrant the use of a mediator not on the Certified Mediator List, the parties should file this Motion in lieu of the foregoing notice. (*Id.*)

3. After the parties conferred about possible mediators, the parties jointly agreed to Scott Callen as the mediator for this case.

4. While Mr. Callen is not yet certified by this Court, he indicated to the undersigned

1

counsel that he was approved to be a certified mediator by this Court in January 2026, but he has not signed the forms yet to be on the Certified Mediator List. Mr. Callen is approved/certified to mediate in the Middle District of Florida and has resolved more than 100 cases filed in federal court, including this Court. He also has experience with breach of contract and non-compete cases. A true and accurate copy of Mr. Callen's qualifications/mediator biography is attached hereto as **Exhibit A**.

5.      The parties agreed to a virtual mediation with Mr. Callen on July 21, 2026, starting at 10:00 AM.

6.      The parties submit that the specific circumstances of this case warrant the use of Mr. Callen.

7.      As this Court is aware, this matter involves a request for a preliminary injunction and includes claims for the breach of multiple non-competition and non-solicitation agreements and misappropriation of trade secrets. Restrictive covenant and trade secret cases are unique and complex. For example, the allegations here include detailed forensics from a third-party forensic consulting firm, and the parties have already participated in a full-day evidentiary hearing on Plaintiffs' pending Expedited Motion for a Temporary Restraining Order ("TRO") and Preliminary Injunction [ECF No. 4] ("Expedited TRO Motion").[1]

8.      Given undersigned counsel's prior experiences with Mr. Callen and the nature of this case, the parties believe Mr. Callen is well-suited to mediate this complicated, high-stakes business litigation.

---

[1] The Court held an evidentiary hearing on December 12, 2025 [ECF No. 20] and issued a Report and Recommendation ("R&R") on December 24, 2025 [ECF No. 31]. Defendant filed Objections to the R&R [ECF No. 31], and Plaintiffs responded to those Objections [ECF No. 40].

Dated: March 27, 2026

Respectfully submitted,


| | |
|---|---|
| */s/ Tyler A. Sims* | */s/ Brian H. Pollock* |
| Tyler A. Sims | Brian H. Pollock, Esq. (174742) |
| Florida Bar No. 1048908 | brian@fairlawattorney.com |
| tsims@littler.com | Patrick Brooks LaRou, Esq. |
| LITTLER MENDELSON P.C. | brooks@fairlawattorney.com |
| 111 North Orange Avenue, Suite 1750 | Samuel C. Gonzalez, Esq. |
| Orlando, FL 32801.2366 | samuel@fairlawattorney.com |
| Tel:    407.393.2900 | FAIRLAW FIRM |
| Fax:    407.393.2929 | 135 San Lorenzo Avenue, Suite 770 |
| | Coral Gables, FL 33146 |
| Paul J. Kennedy (*pro hac vice* to be filed) | Telephone: (305) 230-4884 |
| Virginia Bar No. 29802 | |
| pkennedy@littler.com | Attorneys for Defendant |
| LITTLER MENDELSON P.C. | |
| 815 Connecticut Avenue, N.W. | |
| Suite 400 | |
| Washington, DC 20006 | |
| Tel:    202.414.6855 | |

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY certify that on the 27th day of March 2026, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record.

/s/ Tyler A. Sims
Tyler A. Sims

3