# EXHIBIT A



## R. Scott Callen,
## Florida Supreme Court Certified Mediator

**Mediator Overview**:

- Results:  80% plus resolution rate
- Boutique/Specialized Mediation Practice: Employment Disputes
- Experience:  Full-time mediation practice, 150-175 plus mediations per year
- Trust:  Recommended and selected by Plaintiff and Defense counsel
- Knowledge:  More than 25 years of employment law and litigation experience
- Respect (Peers):  AV Preeminent Rating, highest peer review rating for legal professionals
- Respect (Firms):  Equity partner positions with highly regarded law firms
- Innovation:  Developed mediation strategies and new resolution approaches
- Technology:  Vast experience and high-resolution rate for virtual mediations
- Challenge:  Track record and reputation for resolving challenging and protracted disputes
- Geographic Scope:  Selected for mediation in venues throughout Florida
- Federal Court Venues:  Approved/Certified to mediate in Middle District of Florida and resolved more than 100 cases filed in federal court, including Northern District of Florida and Southern District of Florida
- State Court Venues:  Resolved more than 100 cases filed in various Florida state courts
- Arbitration and EEOC Mediations:  Frequently selected and resolve cases outside of federal and state courts

**Mediation Experiences:**

- Single-plaintiff and multi-plaintiff litigation claims
- Collective actions/class action cases, including FLSA and wage/hour
- Experience with numerous industries (Healthcare, Auto, Tech, Retail, Hospitality, Etc.)
- Experience with numerous public sector entities/agencies (Universities, State/Federal Agencies, Counties/Cities, Etc.)
- Experience with minimum wage earners to highly paid executives
- Experience with highly educated professionals

- Cases involving independent contractor classification disputes
- Cases involving educators/teachers, law-enforcement, first-responders, public officials
- Cases involving breach of contract & non-compete terms
- Cases involving hiring, promotions, demotions, and unpaid wage matters
- Cases involving termination, resignation, retirement, and reinstatement

**Mediator Background:**

- Equity Partner with The Kullman Firm (Current)
- Achieved equity partner status with other reputable regional and national law firms, including Foley & Lardner (2003-2013)
- AV Preeminent Rating (Martindale-Hubbell), Best Lawyers, and Florida Legal Elite
- Law School:  Florida State University College of Law in 1998 (J.D., cum laude)
- Undergraduate:  Florida State University (B.S., cum laude)
- Areas of study and interests:  College of Human Sciences, counseling, psychology, business, and human resources
- Published author in Thomson Reuters/Aspatore: "Drafting and Negotiating Employment Agreements"
- Numerous speaking engagements on employment law topics
- Leadership positions for legislative developments (2016-2020)
- National and regional client representation experience