UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 25-25648-CIV-WILLIAMS

CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES LTD.,
d/b/a ROYAL CARIBBEAN GROUP,

      Plaintiffs,

  v.

ANGEL CHRISTOPHER GOMEZ,

      Defendant.

_____/

## JOINT NOTICE OF WITHDRAWAL OF MOTION

Plaintiffs, Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. d/b/a Royal Caribbean Group, and Defendant, Angel Christopher Gomez, by and through their respective undersigned attorneys, jointly notify this Court that the Parties withdraw their Joint Motion for Leave to Select an Uncertified Mediator (ECF No. 48) because Scott Callen became a certified mediator of this Court on April 7, 2026.

1

Dated: April 8, 2026

Respectfully submitted,


/s/ Tyler A. Sims

Tyler A. Sims
Florida Bar No. 1048908
tsims@littler.com
LITTLER MENDELSON P.C.
111 North Orange Avenue, Suite 1750
Orlando, FL 32801.2366
Tel:    407.393.2900
Fax:    407.393.2929


Paul J. Kennedy (*pro hac vice* to be filed)
Virginia Bar No. 29802
pkennedy@littler.com
LITTLER MENDELSON P.C.
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20006
Tel:    202.414.6855


Attorneys for Plaintiffs


/s/ Brian H. Pollock

Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
brooks@fairlawattorney.com
Samuel C. Gonzalez, Esq.
samuel@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Telephone: (305) 230-4884


Attorneys for Defendant


## CERTIFICATE OF SERVICE

I HEREBY certify that on the 8th day of April 2026, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record.

/s/ Tyler A. Sims
Tyler A. Sims

2