UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 25-25648-CIV-WILLIAMS

CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES LTD.,
d/b/a ROYAL CARIBBEAN GROUP,

       Plaintiffs,

  v.

ANGEL CHRISTOPHER GOMEZ,

       Defendant.

_____/

## JOINT NOTICE OF MEDIATION

Pursuant to the Court's Scheduling Order [ECF No. 41], Plaintiffs, Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. d/b/a Royal Caribbean Group, and Defendant, Angel Christopher Gomez, by and through their respective undersigned attorneys, jointly notify this Court that the Parties have scheduled a virtual mediation with certified mediator Scott Callen[1] on July 21, 2026, starting at 10:00 AM.

---

[1] On April 7, 2026, Mr. Callen was added to the Certified Mediator List maintained by the Southern District of Florida.

1

Dated: April 8, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Tyler A. Sims* | */s/ Brian H. Pollock* |
| Tyler A. Sims | Brian H. Pollock, Esq. (174742) |
| Florida Bar No. 1048908 | brian@fairlawattorney.com |
| tsims@littler.com | Patrick Brooks LaRou, Esq. |
| LITTLER MENDELSON P.C. | brooks@fairlawattorney.com |
| 111 North Orange Avenue, Suite 1750 | Samuel C. Gonzalez, Esq. |
| Orlando, FL 32801.2366 | samuel@fairlawattorney.com |
| Tel:   407.393.2900 | FAIRLAW FIRM |
| Fax:   407.393.2929 | 135 San Lorenzo Avenue, Suite 770 |
| | Coral Gables, FL 33146 |
| Paul J. Kennedy (*pro hac vice* to be filed) | Telephone: (305) 230-4884 |
| Virginia Bar No. 29802 | |
| pkennedy@littler.com | Attorneys for Defendant |
| LITTLER MENDELSON P.C. | |
| 815 Connecticut Avenue, N.W. | |
| Suite 400 | |
| Washington, DC 20006 | |
| Tel:   202.414.6855 | |

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY certify that on the 8th day of April 2026, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record.

*/s/ Tyler A. Sims*
Tyler A. Sims

2