**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.: 1:25-cv-25648-KMW-EAL**

CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES LTD.,
d/b/a ROYAL CARIBBEAN GROUP,

        Plaintiffs,

v.

ANGEL CHRISTOPHER GOMEZ,

        Defendant.

_____/

## NOTICE OF NINETY DAYS EXPIRING

Plaintiffs Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd., pursuant to Local Rule 7.1(b)(4)(B), hereby submit this Notice that the following motion has had a hearing and been fully briefed for a period of time exceeding ninety (90) days:

1.      On December 4, 2025, Plaintiffs filed and served their "Expedited Motion For Temporary Restraining Order And Preliminary Injunction" [ECF No. 4] ("Plaintiffs' Expedited Motion").

2.      On December 10, 2025, Defendant Angel Christopher Gomez filed and served "Defendant's (Corrected) Response In Opposition To Plaintiffs' Expedited Motion For Temporary Restraining Order And Preliminary Injunction" [ECF No. 15].

3.      On December 11, 2025, Plaintiffs filed and served "Plaintiffs' Reply In Support of Expedited Motion for Temporary Restraining Order" [ECF No. 21].

4.      On December 12, 2025, Magistrate Judge Lett held an evidentiary hearing on Plaintiffs' Expedited Motion [ECF No. 23].

1

5.      On December 24, 2025, Magistrate Judge Lett issued a "Report And Recommendation On Plaintiffs' Expedited Motion For Temporary Restraining Order And Preliminary Injunction" [ECF No. 31].

6.      On January 8, 2026, Defendant filed and served "Defendant's Objection To Report And Recommendation On Plaintiffs' Expedited Motion For Temporary Restraining Order And Preliminary Injunction" [ECF No. 38].

7.      On January 22, 2026, Plaintiffs filed and served "Plaintiffs' Response To Defendant's Objections To Report And Recommendation On Plaintiffs' Expedited Motion For Temporary Restraining Order And Preliminary Injunction" [ECF No. 40].

Respectfully submitted this 23rd day of April 2026.

/s/ Tyler A. Sims
Tyler A. Sims
Florida Bar No. 1048908
tsims@littler.com
111 North Orange Avenue, Suite 1750
Orlando, FL 32801.2366
Tel: 407.393.2900

Paul J. Kennedy (admitted *pro hac vice*)
Virginia Bar No. 29802
pkennedy@littler.com
815 Connecticut Avenue, N.W., Suite 400
Washington, DC 20006
Tel: 202.414.6855

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY certify that on the 23rd day of April 2026, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on Defendant's counsel.

/s/ Tyler A. Sims
Tyler A. Sims