UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-cv-25648-KMW

CELEBRITY CRUISES INC., and
ROYAL CARIBBEAN CRUISES, LTD.
d/b/a ROYAL CARIBBEAN GROUP,

     Plaintiffs,

v.

ANGEL CHRISTOPHER GOMEZ,

     Defendant.

_____/

## NOTICE OF CHANGE OF ADDRESS

Attorney, Samuel G. Gonzalez, files this Notice of Change of Address in the above

captioned case.

All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Samuel G. Gonzalez, Esq.
Florida Bar No.  1011323
samuel.gonzalez@rgph.law
REMER, GEORGES-PIERRE & HOOGERWOERD, PLLC
2745 Ponce de Leon Boulevard
Coral Gables, Florida 33134
Telephone: (305) 416-5000

*CELEBRITY CRUISES INC., et al. v. ANGEL CHRISTOPHER GOMEZ*
CASE NO. 25-cv-25648-KMW

Dated: July 10, 2026

Respectfully submitted,

s/ Samuel G. Gonzalez, Esq.
**Samuel G. Gonzalez, Esq.**
Florida Bar No.: 1011323
samuel.gonzalez@rgph.law
**REMER, GEORGES-PIERRE
& HOOGERWOERD, PLLC**
2745 Ponce de Leon Boulevard
Coral Gables, Florida 33134
Telephone: (305) 416-5000
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that a copy of the forgoing Notice of Change of Address has been furnished via

CM/ECF on this 10th day of July 2026 to all Parties of Record.

s/ Samuel G. Gonzalez, Esq.
**Samuel G. Gonzalez, Esq.**

2