UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-cv-25648-KMW

CELEBRITY CRUISES INC., and
ROYAL CARIBBEAN CRUISES, LTD.
d/b/a ROYAL CARIBBEAN GROUP,

       Plaintiffs,

       v.

ANGEL CHRISTOPHER GOMEZ,

       Defendant.

_____/

## MOTION TO WITHDRAW SAMUEL G. GONZALEZ AS COUNSEL OF RECORD FOR DEFENDANT

Defendant, Angel Christopher Gomez, by and through the undersigned counsel, hereby files this Motion to Withdraw Samuel G. Gonzalez as counsel of record, and in support thereof states as follows:

1.    Attorney Samuel G. Gonzalez previously appeared as counsel of record for Defendant, Angel Christopher Gomez, in this matter and previously filed the document "0052 - NOTICE of Change of Address Contact Information Change of Email Change of Law Firm Name by Samuel (Celebrity Cruises, Inc et al v. GOMEZ).pdf" [ECF No. 52].

2.    Mr. Gonzalez has since left FairLaw Firm and is now associated with the law firm of REMER, GEORGES-PIERRE & HOOGERWOERD, PLLC. Mr. Gonzalez is no longer associated with FairLaw Firm and is no longer representing Defendant in this action.

3.    The undersigned counsel, Brian H. Pollock, remains at the firm and continues to represent Defendant in this matter. Therefore, Defendant's rights will not be prejudiced by this withdrawal, and this withdrawal will not cause any delay in the proceedings.

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

4.      Defendant respectfully requests that this Court enter an Order formally withdrawing Samuel G. Gonzalez as counsel of record and terminating his receipt of CM/ECF notices for this case.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3) of the Southern District of Florida, the undersigned certifies that on July 10, 2026, counsel for Defendant conferred with counsel for Plaintiffs regarding the relief requested in this Motion. Plaintiffs' counsel indicated that they do not oppose the relief sought herein.

WHEREFORE, Defendant respectfully requests that this Court grant the Motion to Withdraw, terminate Samuel G. Gonzalez as counsel of record for Defendant, remove his email address (samuel.gonzalez@rgph.law) from the CM/ECF service list for this case, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted this July 10, 2026,

> s/ Brian H. Pollock, Esq
> Brian H. Pollock, Esq. (174742)
> brian@fairlawattorney.com
> FAIRLAW FIRM
> 135 San Lorenzo Avenue, Suite 770
> Coral Gables, Florida 33146
> Telephone: (305) 230-4884
> *Counsel for Defendant*