UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-CV-25648-WILLIAMS/LETT

CELEBRITY CRUISES INC., and
ROYAL CARIBBEAN CRUISES, LTD.
d/b/a ROYAL CARIBBEAN GROUP,

       Plaintiffs,

       v.

ANGEL CHRISTOPHER GOMEZ,

       Defendant.

_____/

## RENEWED MOTION TO WITHDRAW SAMUEL G. GONZALEZ AS COUNSEL OF RECORD FOR DEFENDANT

Defendant, Angel Christopher Gomez, by and through the undersigned counsel, hereby files this Renewed Motion to Withdraw Samuel G. Gonzalez as counsel of record, and in support thereof states as follows:

1.    Defendant's original Motion to Withdraw Samuel G. Gonzalez as Counsel of Record for Defendant [ECF No. 54] was denied without prejudice by this Court's Paperless Order entered July 13, 2026 [ECF No. 55], for failure to comply with Local Rule 11.1(d)(3)(A), specifically for lacking certification that notice of the motion had been served on both opposing counsel and Attorney Gonzalez's client. Defendant files this Renewed Motion to cure that deficiency.

2.    Attorney Samuel G. Gonzalez previously appeared as counsel of record for Defendant, Angel Christopher Gomez, in this matter and previously filed the document "0052 - NOTICE of Change of Address Contact Information Change of Email Change of Law Firm Name by Samuel (Celebrity Cruises, Inc et al v. GOMEZ).pdf" [ECF No. 52]. Mr. Gonzalez is no longer representing Defendant in this action.

3. The undersigned counsel, Brian H. Pollock, continues to represent Defendant in this matter. Therefore, Defendant's rights will not be prejudiced by this withdrawal, and this withdrawal will not cause any delay in the proceedings.

4. Defendant respectfully requests that this Court enter an Order formally withdrawing Samuel G. Gonzalez as counsel of record and terminating his receipt of CM/ECF notices for this case.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3) of the Southern District of Florida, the undersigned certifies that on July 10, 2026, counsel for Defendant conferred with counsel for Plaintiffs regarding the relief requested in this Motion. Plaintiffs' counsel indicated that they do not oppose the relief sought herein.

## LOCAL RULE 11.1(d)(3)(A) CERTIFICATION

Pursuant to Local Rule 11.1(d)(3)(A) of the Southern District of Florida, the undersigned certifies that notice of this Motion to Withdraw was served on both opposing counsel and the client, Defendant Angel Christopher Gomez, as indicated in the Certificate of Service below.

WHEREFORE, Defendant respectfully requests that this Court grant the Renewed Motion to Withdraw, terminate Samuel G. Gonzalez as counsel of record for Defendant, remove his email address (samuel.gonzalez@rgph.law) from the CM/ECF service list for this case, and grant such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record, and that a true and correct copy was also served on July 13, 2026 via email upon the following: Angel Christopher Gomez, Defendant, 5902 Las Virgenes Rd, #543, Calabasas, California 91302, Telephone: (786) 356-0676, Email: chrisangel@chrisangelgomez.com.

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

Dated this 13th day of July, 2026.

Respectfully submitted,

s/ Brian H. Pollock, Esq
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Defendant*
