UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-cv-25648-KMW

CELEBRITY CRUISES INC., and
ROYAL CARIBBEAN CRUISES, LTD.
d/b/a ROYAL CARIBBEAN GROUP,

      Plaintiffs,
      v.

ANGEL CHRISTOPHER GOMEZ,

      Defendant.

_____/

## ORDER GRANTING DEFENDANT'S RENEWED MOTION TO WITHDRAW SAMUEL G. GONZALEZ AS COUNSEL OF RECORD

THIS CAUSE came before the Court on Defendant, Angel Christopher Gomez's Renewed Motion to Withdraw Samuel G. Gonzalez as Counsel of Record for Defendant (the "Motion"). The Court, having reviewed the Motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED as follows:

1.    Samuel G. Gonzalez is WITHDRAWN as counsel of record for Defendant, Angel Christopher Gomez.

2.    The Clerk of Court is directed to terminate Samuel G. Gonzalez's CM/ECF notifications in this case, including removal of his email address (samuel.gonzalez@rgph.law) from the electronic service list.

3.    Brian H. Pollock, Esq. of FairLaw Firm remains counsel of record for Defendant and shall continue to receive all notices and filings in this matter.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of _____, 2026.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: All counsel of record (via CM/ECF)
Samuel G. Gonzalez, Esq. (via email)