**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No. 25-25648-CIV-WILLIAMS**

**CELEBRITY CRUISES, INC. and**
**ROYAL CARIBBEAN CRUISES LTD.,**
**d/b/a ROYAL CARIBBEAN GROUP**,

        Plaintiffs,

    v.

**ANGEL CHRISTOPHER GOMEZ**,

        Defendant.

_____/

## JOINT MOTION FOR LEAVE TO RESCHEDULE MEDIATION AND TO SELECT UNCERTIFIED MEDIATOR

Plaintiffs, Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. d/b/a Royal Caribbean Group, and Defendant, Angel Christopher Gomez, by and through their respective undersigned attorneys, respectfully move for leave to reschedule mediation and to select uncertified mediator Brian J. Moran to mediate this matter, and state as follows:

1. On February 26, 2026, the Court entered a Scheduling Order. (ECF No. 41).

2. On April 8, 2026, the parties filed a Joint Notice of Mediation with certified mediator Scott Callen on July 21, 2026, starting at 10:00 AM. (ECF No. 50).

3. Due to a scheduling miscommunication with Mr. Callen's office, the parties were unable to mediate with Mr. Callen on July 21, 2026.

4. Therefore, good cause exists to reschedule the July 21, 2026 mediation date.

5. Upon learning of the miscommunication, the parties obtained other potential dates from Mr. Callen's office, but those dates were after the window within which the parties sought to mediate.

1

6.     Because of Mr. Callen's limited availability, the parties discussed and reached out to multiple other mediators.

7.     The parties then worked together to identify other potential mediators, obtain their dates of availability, navigate any potential conflicts of interests identified by the mediator(s), and coordinate their schedules and their counsel's schedules to agree upon another mediator and mediation date.

8.     After the parties conferred about possible mediators and their respective schedules, the parties jointly agreed to use Brian J. Moran of Moran, Kidd, Lyons, Garcia, Dorminy, P.A. for a virtual mediation on August 21, 2026, starting at 10:00 AM.

9.     While Mr. Moran is not certified by this Court, he is a Certified Florida Supreme Court and Circuit Court Mediator (https://morankidd.com/attorneys/brian-j-moran/) and a member of the bar of this Court. He also has experience with employment contracts and non-compete cases.

10.     Pursuant to the Scheduling Order, the parties are required to select a mediator on the Certified Mediator List, schedule a time, date, and place for mediation, and jointly file a notice informing the Court of same. (ECF No. 41, § II). However, the Court noted that if the specific circumstances of this case warrant the use of a mediator not on the Certified Mediator List, the parties should file this Motion in lieu of the foregoing notice. (*Id.*)

11.     The parties submit that the specific circumstances of this case warrant the use of Mr. Moran.

12.     As this Court is aware, this matter involves a request for a preliminary injunction and includes claims for the breach of multiple non-competition and non-solicitation agreements and misappropriation of trade secrets. Restrictive covenant and trade secret cases are unique and complex. For example, the allegations here include detailed forensics from a third-party forensic

2

consulting firm, and the parties have already participated in a full-day evidentiary hearing on Plaintiffs' pending Expedited Motion for a Temporary Restraining Order ("TRO") and Preliminary Injunction [ECF No. 4] ("Expedited TRO Motion"). The Court held an evidentiary hearing on December 12, 2025 [ECF No. 20] and issued a Report and Recommendation ("R&R") on December 24, 2025 [ECF No. 31]. Defendant filed Objections to the R&R [ECF No. 31], and Plaintiffs responded to those Objections [ECF No. 40].

13.     Given undersigned counsel's prior experiences with Mr. Moran and the nature of this case, the parties believe Mr. Moran is well-suited to mediate this complicated, high-stakes business litigation.

14.     In light of the foregoing, the parties request the Court enter an Order rescheduling the mediation of this case from July 21, 2026 at 10:00 A.M. to August 21, 2026, at 10:00 A.M., and permitting them to mediate with Mr. Moran instead of with Mr. Callen based on the agreement of the parties and good cause shown above.

WHEREFORE Plaintiffs, Plaintiffs, Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. d/b/a Royal Caribbean Group, and Defendant, Angel Christopher Gomez, request the Court enter an Order rescheduling the mediation so they can proceed to mediate with an Brian Moran, an uncertified mediator, on August 21, 2026, starting at 10:00 A.M, and grant such other relief as is just and proper.

Dated: August 10, 2026

Respectfully submitted,


/s/ Tyler A. Sims
Tyler A. Sims
Florida Bar No. 1048908
tsims@littler.com
LITTLER MENDELSON P.C.
111 North Orange Avenue, Suite 1750
Orlando, FL 32801.2366
Tel:     407.393.2900
Fax:    407.393.2929

Paul J. Kennedy (*pro hac vice*)
Virginia Bar No. 29802
pkennedy@littler.com
LITTLER MENDELSON P.C.
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20006
Tel:     202.414.6855

Attorneys for Plaintiffs

/s/ Brian H. Pollock
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Telephone: (305) 230-4884

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY certify that on the 10th day of August 2026, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record.

/s/ Tyler A. Sims
Tyler A. Sims

4