**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.: 1:25-cv-25648-KMW-EAL**

**CELEBRITY CRUISES, INC. and**
**ROYAL CARIBBEAN CRUISES LTD.,**
**d/b/a ROYAL CARIBBEAN GROUP,**

        Plaintiffs,

   **v.**

**ANGEL CHRISTOPHER GOMEZ,**

        Defendant.

_____/

## ORDER GRANTING MOTION FOR LEAVE TO RESCHEDULE MEDIATION AND TO SELECT UNCERTIFIED MEDIATOR

THIS CAUSE came before the Court on the parties' Joint Motion for Leave to Reschedule

Mediation and to Select Uncertified Mediator. IT IS HEREBY:

**ORDERED** that the Joint Motion is **GRANTED**; and

**ORDERED** that the parties shall mediate with Brian J. Moran of Moran, Kidd, Lyons,

Garcia, Dorminy, P.A. for a virtual mediation on August 21, 2026, starting at 10:00 AM

**DONE AND ORDERED** in Chambers at Miami, Florida, on this ___ day of August 2026.

 

                             _____

                             **KATHLEEN M. WILLIAMS**
                             **UNITED STATES DISTRICT JUDGE**