**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 25-25648-CIV-WILLIAMS**

**CELEBRITY CRUISES, INC. and**
**ROYAL CARIBBEAN CRUISES LTD.,**
**d/b/a ROYAL CARIBBEAN GROUP**,

       Plaintiffs,

    v.

**ANGEL CHRISTOPHER GOMEZ**,

       Defendant.

_____/

**<u>NOTICE OF APPEARANCE OF COUNSEL</u>**

      Mikayla E. Almeida of the law firm of LITTLER MENDELSON, P.C., hereby enters her appearance as co-counsel in this case on behalf of Plaintiffs, Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. d/b/a Royal Caribbean Group ("Plaintiffs").  All notices given or required to be given in this case, and all papers served or required to be served in this case, shall be given to and served upon:

**Mikayla E. Almeida, Esquire**
**Littler Mendelson, P.C.**
**111 North Orange Avenue, Suite 1750**
**Orlando, Florida 32801-2366**
**Telephone: 407.393.2900**
**Email: malmeida@littler.com**

4935-8506-6183.1 / 121947.1026

Dated: August 13, 2026

Respectfully submitted,

*/s/ Mikayla E. Almeida*

Tyler A. Sims
Florida Bar No. 1048908
tsims@littler.com
Mikayla E. Almeida
Florida Bar No.:1030729
malmeida@littler.com

LITTLER MENDELSON, P.C
111 North Orange Avenue
Suite 1750
Orlando, FL 32801.2366
Tel: 407.393.2900

Paul J. Kennedy (*pro hac vice*)
Virginia Bar No. 29802
pkennedy@littler.com
815 Connecticut Avenue, N.W., Suite 400
Washington, DC 20006
Tel: 202.414.6855

Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on the 13th day of August, 2026, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on Defendant's counsel.

*/s/ Mikayla E. Almeida*
Mikayla E. Almeida

2

4935-8506-6183.1 / 121947.1026