**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No. 25-25648-CIV-WILLIAMS**

**CELEBRITY CRUISES, INC. and**
**ROYAL CARIBBEAN CRUISES LTD.,**
**d/b/a ROYAL CARIBBEAN GROUP**,

Plaintiffs,

v.

**ANGEL CHRISTOPHER GOMEZ**,

Defendant.
_____________________________________/

**AMENDED JOINT NOTICE OF MEDIATION**

Pursuant to the Court's Scheduling Order [ECF No. 41], and the Court's Order Granting the Parties' Joint Motion For Leave to Reschedule Mediation and to Select Uncertified Mediator [ECF No. 60], Plaintiffs, Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. d/b/a Royal Caribbean Group, and Defendant, Angel Christopher Gomez, by and through their respective undersigned attorneys, jointly notify this Court that the Parties have scheduled a virtual mediation with certified mediator Brian J. Moran on August 21, 2026, starting at 10:00 AM.

Dated: August 20, 2026

Respectfully submitted,

*/s/ Mikayla E. Almeida*
Tyler A. Sims
Florida Bar No. 1048908
tsims@littler.com
Mikayla E. Almeida
Florida Bar No. 1030729
malmeida@littler.com
LITTLER MENDELSON P.C.
111 North Orange Avenue, Suite 1750
Orlando, FL 32801.2366
Tel: 407.393.2900
Fax: 407.393.2929

Paul J. Kennedy (*pro hac vice*)
Virginia Bar No. 29802
pkennedy@littler.com
LITTLER MENDELSON P.C.
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20006
Tel: 202.414.6855

Attorneys for Plaintiffs

*/s/ Brian H. Pollock*
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
brooks@fairlawattorney.com
Samuel C. Gonzalez, Esq.
samuel@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Telephone: (305) 230-4884

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY certify that on the 20th day of August 2026, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record.

*/s/ Mikayla E. Almeida*
Mikayla E. Almeida