**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:25-CV-25648-WILLIAMS**

**CELEBRITY CRUISES, INC. and**
**ROYAL CARIBBEAN CRUISES LTD.,**
**d/b/a ROYAL CARIBBEAN GROUP**,

Plaintiffs,

v.

**ANGEL CHRISTOPHER GOMEZ**,

Defendant.
_____________________________________/

**JOINT MEDIATION REPORT**

Pursuant to the Court's Scheduling Order [ECF No. 41], Plaintiffs, Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. d/b/a Royal Caribbean Group, and Defendant, Angel Christopher Gomez, by and through their respective undersigned attorneys, jointly report that the parties settled the case in full at the August 21 mediation. The parties will jointly file the required dismissal documents in accordance with the agreed-upon settlement terms.

*(signature page follows)*

Dated: August 24, 2026

Respectfully submitted,

*/s/ Mikayla E. Almeida*

Tyler A. Sims
Florida Bar No. 1048908
tsims@littler.com
Mikayla E. Almeida
Florida Bar No. 1030729
malmeida@littler.com
LITTLER MENDELSON P.C.
111 North Orange Avenue, Suite 1750
Orlando, FL 32801.2366
Tel: 407.393.2900
Fax: 407.393.2929

Paul J. Kennedy (*pro hac vice* to be filed)
Virginia Bar No. 29802
pkennedy@littler.com
LITTLER MENDELSON P.C.
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20006
Tel: 202.414.6855

Attorneys for Plaintiffs

*/s/ Brian H. Pollock*

Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Telephone: (305) 230-4884

Attorneys for Defendant