**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No. 25-25648-CIV-WILLIAMS**

**CELEBRITY CRUISES, INC. and**
**ROYAL CARIBBEAN CRUISES LTD.,**
**d/b/a ROYAL CARIBBEAN GROUP**,

Plaintiffs,

v.

**ANGEL CHRISTOPHER GOMEZ**,

Defendant.
___________________________________/

**JOINT MOTION FOR COURT APPROVAL OF STIPULATON TO RETAIN JURISDICTION AND DISMISS THE ACTION WITH PREJUDICE**

Plaintiffs, Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. d/b/a Royal Caribbean Group, and Defendant, Angel Christopher Gomez, by and through their respective undersigned attorneys, jointly move this Court for approval of the Stipulation to Retain Jurisdiction and Dismiss the Action with Prejudice (attached as Exhibit A), and state as follows:

1. On August 21, 2026, the parties participated in mediation.

2. The parties executed a settlement agreement with an effective date of October 1, 2026 (the "Agreement").

3. A material term of the Agreement requires dismissal of this action with prejudice conditioned on the Court retaining jurisdiction over the settlement agreement for a period of 18 months or April 1, 2028.

4. As such, the attached Stipulation to Retain Jurisdiction and Dismiss the Action with Prejudice is only effective if the Court enters an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012) ("[F]or a district court to

retain jurisdiction over a settlement agreement where the parties dismiss the case by filing a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) . . . the parties must condition the effectiveness of the stipulation on the district court's entry of an order retaining jurisdiction.").

5. Therefore, good cause exists to enter the Stipulation to Retain Jurisdiction and Dismiss the Action with Prejudice.

**MEMORANDUM OF LAW**

It is well-known that district courts in the 11th Circuit possess "inherent authority to manage its own docket" and issue orders necessary for "the orderly and expeditious disposition of cases." *Equity Lifestyle Properties v. Florida Mowing*, 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)). Here, approval of the Stipulation to Retain Jurisdiction and Dismiss the Action with Prejudice will achieve an orderly and expeditious disposition of the case.

WHEREFORE Plaintiffs, Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. d/b/a Royal Caribbean Group, and Defendant, Angel Christopher Gomez, request the Court enter the attached Stipulation to Retain Jurisdiction and Dismiss the Action with Prejudice.

*(signature page follows)*

Dated: October 7, 2026

Respectfully submitted,

*/s/ Tyler A. Sims*
Tyler A. Sims
Florida Bar No. 1048908
tsims@littler.com
Mikayla E. Almeida
Florida Bar No. 1030729
malmeida@littler.com
LITTLER MENDELSON P.C.
111 North Orange Avenue, Suite 1750
Orlando, FL 32801.2366
Tel: 407.393.2900
Fax: 407.393.2929

Paul J. Kennedy (*pro hac vice* to be filed)
Virginia Bar No. 29802
pkennedy@littler.com
LITTLER MENDELSON P.C.
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20006
Tel: 202.414.6855

Attorneys for Plaintiffs

*/s/ Brian H. Pollock*
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
brooks@fairlawattorney.com
Samuel C. Gonzalez, Esq.
samuel@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Telephone: (305) 230-4884

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY certify that on the 7th day of October 2026, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record.

*/s/ Tyler A. Sims*
Tyler A. Sims