**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No. 25-25648-CIV-WILLIAMS**

**CELEBRITY CRUISES, INC. and**
**ROYAL CARIBBEAN CRUISES LTD.,**
**d/b/a ROYAL CARIBBEAN GROUP**,

Plaintiffs,

v.

**ANGEL CHRISTOPHER GOMEZ**,

Defendant.
___________________________________/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs, Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. d/b/a Royal Caribbean Group, and Defendant, Angel Christopher Gomez, by and through their respective undersigned attorneys, hereby stipulate to dismiss this matter with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), upon condition that the Court retain jurisdiction to enforce the terms of the parties' settlement agreement through April 1, 2028. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012) ("[F]or a district court to retain jurisdiction over a settlement agreement where the parties dismiss the case by filing a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) . . . the parties must condition the effectiveness of the stipulation on the district court's entry of an order retaining jurisdiction."). Each party shall bear their, his, or its own attorneys' fees and costs.

*(signature page follows)*

Dated: October 7, 2026

Respectfully submitted,

*/s/ Tyler A. Sims*
Tyler A. Sims
Florida Bar No. 1048908
tsims@littler.com
Mikayla E. Almeida
Florida Bar No. 1030729
malmeida@littler.com
LITTLER MENDELSON P.C.
111 North Orange Avenue, Suite 1750
Orlando, FL 32801.2366
Tel: 407.393.2900
Fax: 407.393.2929

Paul J. Kennedy (*pro hac vice*)
Virginia Bar No. 29802
pkennedy@littler.com
LITTLER MENDELSON P.C.
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20006
Tel: 202.414.6855

Attorneys for Plaintiffs

*/s/ Brian H. Pollock*
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Telephone: (305) 230-4884

Attorneys for Defendant

**ORDERED** in Chambers at Miami, Florida, this ___ day of October 2026.

______________________________
HON. KATHLEEN M. WILLIAMS, U.S.D.J.