**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 25-25648-CIV-WILLIAMS**

**CELEBRITY CRUISES, INC. and**
**ROYAL CARIBBEAN CRUISES LTD.,**
**d/b/a ROYAL CARIBBEAN GROUP**,

Plaintiffs,

v.

**ANGEL CHRISTOPHER GOMEZ**,

Defendant.
_______________________________________/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Celebrity Cruises, Inc. and Royal Caribbean Cruises Ltd. d/b/a Royal Caribbean Group, and Defendant, Angel Christopher Gomez, by their respective undersigned attorneys, hereby stipulate to dismiss this matter with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party bearing their own attorneys' fees and costs.

*(signature page follows)*

Dated: November 17, 2026

LITTLER MENDELSON P.C.

*/s/ Tyler A. Sims*
Tyler A. Sims
Florida Bar No. 1048908
tsims@littler.com
Mikayla E. Almeida
Florida Bar No. 1030729
malmeida@littler.com
111 North Orange Avenue, Suite 1750
Orlando, FL 32801.2366
Tel: 407.393.2900
Fax: 407.393.2929

Paul J. Kennedy (*pro hac vice*)
Virginia Bar No. 29802
pkennedy@littler.com
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20006
Tel: 202.414.6855

Attorneys for Plaintiffs

FAIRLAW FIRM

*/s/ Brian H. Pollock*
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
brooks@fairlawattorney.com
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Telephone: (305) 230-4884

Attorneys for Defendant